**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

Jacob Thomas Vespers,

Messer,

Thomas,

Kiggins,

Redmond,

**Pro Per**
Plaintiff,

v.

**County of Orange; Orange County Board of Supervisors; Orange County District Attorney's Office,**
Defendants.

Case No: ___8:25-cv-00708-VBF-RAO___

```
┌─────────────────────────────────────┐
│              FILED                   │
│  CLERK, U.S. DISTRICT COURT          │
│       04/07/2025                     │
│  CENTRAL DISTRICT OF CALIFORNIA      │
│  BY _____EC_____ DEPUTY            │
│  DOCUMENT SUBMITTED THROUGH THE      │
│  ELECTRONIC DOCUMENT SUBMISSION SYSTEM│
└─────────────────────────────────────┘
```

IFP Submitted

# COMPLAINT FOR DAMAGES, DECLARATORY, AND EQUITABLE RELIEF

**(Civil RICO, Constitutional Violations, and Probate Interference)**

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to:
   o 28 U.S.C. § 1331 (federal question),
   o 28 U.S.C. § 1343 (civil rights claims), and
   o 18 U.S.C. § 1964(c) (civil RICO).

2. Venue is proper in this district under 28 U.S.C. § 1391(b), as all relevant events occurred in Orange County, California, where the Defendants reside and conduct official operations.

## II. PARTIES

3. Plaintiff, **Jacob Thomas Redmond**, is a United States citizen and the rightful heir to the **James Redmond estate**, which historically derives from the estate of **Granville Seymour Redmond**. Plaintiff brings this action to recover unlawfully diverted assets, enforce constitutional rights, and expose systemic fraud affecting inheritance and civil liberties.

4. Defendants include the **County of Orange**, the **Orange County Board of Supervisors**, and the **Orange County District Attorney's Office**, as well as certain public officials acting under color of law.

## III. FACTUAL BACKGROUND

5. Beginning in or around **1937**, the estate of **Granville Seymour Redmond** was unlawfully reclassified and diverted into a concealed municipal asset pool. This estate was subsequently renamed the **James Redmond estate**, with control and assets illicitly transferred through manipulated probate channels, falsified documentation, and misuse of fiduciary authority.

6. Funds from the businesses in the **Dana Point Harbor** were pooled and funneled through undisclosed financial routing mechanisms maintained by local and county officials. These schemes were supported by off-ledger accounting practices that operated outside of transparent public recordkeeping, suggesting longstanding financial fraud under color of law.

7. Historical labor records preserved in the **Board of Supervisors' archives** include stenographic sequences reused in public procurement records. **The same stenography located in the Board's archives has been identified in multiple PDF documents related to county operations. Plaintiff's investigation has uncovered a contingency of approximately 750,000 racially motivated domestic terrorists operating on U.S. soil who are engaged in the sale of citizens and their credit accounts through a separate and concealed internet infrastructure.** Through coordinated manipulation of judicial processes, the Defendants facilitated the issuance of false property claims, the redirection of estate-linked assets, and the erasure of Plaintiff's legal standing in matters involving real property, trust administration, and access to the courts.

8. Plaintiff was wrongfully arrested and charged with driving without a license while **walking to his truck with a gas can**, denied access to retained legal counsel, and systematically prevented from hearing charges, entering a plea, or securing judicial review. Multiple attempts by Plaintiff to file police reports concerning ongoing threats and the fraud—over ten separate incidents—were rejected or suppressed.

9. Defendants and their associates continue to engage in unlawful surveillance and monitoring of Plaintiff's private communications. These actions are executed under color of law and intended to suppress constitutionally protected activities under the **First Amendment**, disrupt access to redress, and obstruct Plaintiff's ability to manage or reclaim estate-related assets.

10. Plaintiff's intellectual property—including legal writings, technical inventions, private research, and secure communications—has been unlawfully intercepted, withheld, and redistributed by coordinated public-private actors. These actions constitute unlawful conversion, trade secret theft, and censorship in violation of state and federal law.

---

## IV. CLAIMS FOR RELIEF

Plaintiff asserts the following causes of action:

1. **Violation of the Racketeer Influenced and Corrupt Organizations Act (RICO)**
   – 18 U.S.C. § 1962(c) and § 1964(c)
2. **Violation of the First Amendment to the United States Constitution**
   – Unlawful suppression of speech, access to redress, and targeted surveillance
3. **Violation of the Sixth Amendment**
   – Denial of counsel, denial of a public trial, and interference with legal defense
4. **Violation of the Fourteenth Amendment (Due Process and Equal Protection)**
   – Denial of fair legal process and discriminatory enforcement
5. **Constructive Trust and Equitable Relief**
   – Under California probate and fiduciary law to restore diverted estate assets

---

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff **Jacob Thomas Redmond** respectfully requests the following relief from this Court:

1. Entry of judgment in favor of Plaintiff on all claims asserted herein;
2. Declaratory relief recognizing Plaintiff as the lawful heir and administrator of the **James Redmond estate**;
3. Court-ordered imposition of a **constructive trust** on all fraudulently transferred assets, including real property and personalty wrongfully diverted from Plaintiff's lineage;
4. An order directing a **comprehensive forensic audit** and **chain-of-title investigation** for all properties historically connected to the Redmond family line;
5. Immediate **judicial oversight or federal receivership** over all probate-related proceedings and assets to prevent further tampering or concealment;
6. Award of monetary damages in an amount to be determined at trial, with current estimates exceeding **$572 billion** in misappropriated assets, interest, lost earnings, and collateral damage;

107  7. Permanent injunctive relief restraining all unlawful surveillance, censorship,
108     impersonation, or estate interference by public or private actors under color of law,
109  8. Any additional legal, declaratory, or equitable relief the Court deems just and proper

110  _____

111  Dated: 04/07/2025

112  Respectfully submitted,
113  **Jacob Thomas Redmond**
114  Pro Se Plaintiff

115

1  SUPERIOR COURT OF CALIFORNIA
2  COUNTY OF ORANGE, HARBOR JUSTICE CENTER
   NEWPORT BEACH FACILITY

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

08/04/2022
01:25 PM

DAVID H. YAMASAKI, Clerk of the Court
**22HM06890**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ) | COMPLAINT |
| ) | BWC AGENCY |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | No. |
| ) | OCSO 22-006810 |
| JACOB THOMAS MESSER        07/05/75 ) | OCSO SH1114816 |
| E3866595 ) | LAKE FOREST |
| AKA JACOB T MESSER ) | |
| ) | |
| Defendant(s) ) | |

The Orange County District Attorney charges that in Orange County, California, the law was violated as follows:

COUNT 1: On or about March 01, 2022, in violation of Section 11364(a) of the Health and Safety Code (POSSESSION OF CONTROLLED SUBSTANCE PARAPHERNALIA), a MISDEMEANOR, JACOB THOMAS MESSER did unlawfully possess an opium pipe or a device, contrivance, instrument, or paraphernalia used for unlawfully injecting or smoking a controlled substance.

COUNT 2: On or about March 01, 2022, in violation of Section 11377(a) of the Health and Safety Code (POSSESSION OF A CONTROLLED SUBSTANCE), a MISDEMEANOR, JACOB THOMAS MESSER did unlawfully possess methamphetamine, a controlled substance.

COMPLAINT SUPERSEDES CITATION NUMBER(s) SH1114816.

/
/
/
/
/

MISDEMEANOR CITATION E-FILED (DA CASE# 22H05763) 10-21-2022
OC DNA PROVIDED: JACOB MESSER(08/23/18)

JACOB THOMAS MESSER OCSO 22-006810 PAGE 2

1
2  I declare under penalty of perjury, on information and belief,
   that the foregoing is true and correct.
3
4  Dated 08-04-2022 at Orange County, California.
        AM/BR 22H05763
5
6  TODD SPITZER, DISTRICT ATTORNEY
7
   by:  /s/ HEIDI GARREL
8  HEIDI GARREL, Deputy District Attorney
9
   RESTITUTION CLAIMED
10
11 [ X ] None
   [   ] $_____
12 [   ] To be determined
13
   NOTICES:
14
15 The People request that defendant and counsel disclose, within
   15 days, all of the materials and information described in Penal
16 Code section 1054.3, and continue to provide any later-acquired
   materials and information subject to disclosure, and without
17 further request or order.
18
19 Pursuant to Welfare & Institutions Code §827 and California Rule
   of Court 5.552, notice is hereby given that the People will seek
20 a court order to disseminate the juvenile case file of the
   defendant/minor, if any exists, to all parties in this action,
21 through their respective attorneys of record, in the prosecution
22 of this case.
23
24
25
26
27
28

*MISDEMEANOR CITATION E-FILED (DA CASE# 22H05763) 10-21-2022*
*OC DNA PROVIDED: JACOB MESSER(08/23/18)*

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# TRAFFIC CRASH REPORT
CHP-555 Page 1 (Rev. 3-20) OPI 060

Page 1 of 5

| SPECIAL CONDITIONS | NUMBER INJURED 0 | HIT & RUN FELONY | CITY UNINCORPORATED San Diego SUPERIOR COURT NORTH COUNTY REGIONAL CENTER | | JUDICIAL DISTRICT | LOCAL REPORT NUMBER 9650-2022-01127 |
| | NUMBER KILLED 0 | HIT & RUN MISDEMEANOR | COUNTY SAN DIEGO | REPORTING DISTRICT 081 | BEAT | DAY OF WEEK SUNDAY | TOW AWAY ☒ YES ☐ NO |

**LOCATION**

| CRASH OCCURRED ON I-5 S/B | | MO. 05 DAY 08 YEAR 2022 | TIME (2400) 1540 | NCIC # 9650 | JUDICIAL □□□□ |
| MILEPOST INFORMATION | GPS COORDINATES LATITUDE 33.222870  LONGITUDE -117.392362 | STATE HWY REL. ☒ YES ☐ NO | PHOTOGRAPHS BY: ☒ NONE |
| AT INTERSECTION WITH ☒ OR 2390 FEET NORTH of WIRE MOUNTAIN ROAD |

| PARTY 1 | DRIVER'S LICENSE NUMBER E3866595 (1D) | STATE CA | CLASS U | AIR BAG M | SAFETY EQUIP. G | VEH. YEAR 2008 | MAKE/MODEL/COLOR CHEV SILVERADO WHI | | LICENSE NUMBER 8US2929 | STATE CA |
| ☒ | NAME, FIRST MIDDLE LAST JACOB MESSER | | OWNER'S NAME ☒ SAME AS DRIVER |
| | STREET ADDRESS 2333 RIDGE POINT DRIVE UNIT 49 | | OWNER'S ADDRESS ☒ SAME AS DRIVER |
| | CITY/STATE/ZIP LAKE FOREST CA 92630 | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER |
| | SEX M | HAIR BRN | EYES HZL | HEIGHT 5'9" | WEIGHT 190 | BIRTHDATE Mo. Day Year | RACE W | DRIVEN FROM SCENE |
| | | | | | | | | PRIOR MECHANICAL DEFECTS ☐ NONE APPARENT ☒ REFER TO NARRATIVE |
| | HOME PHONE (949) 615-1645 | BUSINESS PHONE NONE | VEHICLE IDENTIFICATION NUMBER |
| | INSURANCE CARRIER ALLIANCE INSURANCE | POLICY NUMBER UNKNOWN | VEHICLE TYPE 22 | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☒ MOD. ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA |
| | DIR OF TRAVEL S | ON STREET OR HIGHWAY I-5 | LANE 3 | THRU LANES 4 | TOTAL LANES 4 | SPEED LIMIT 65 | CA-T | DOT | CAL-T | TCP/PSC | MC/MX |

| PARTY 2 | DRIVER'S LICENSE NUMBER Y4953173 | STATE CA | CLASS C | AIR BAG L | SAFETY EQUIP. G | VEH. YEAR 2017 | MAKE/MODEL/COLOR INFI Q50 GRY | | LICENSE NUMBER 8TUF068 | STATE CA |
| ☒ | NAME, FIRST MIDDLE LAST STEPHON DION HOWARD | | OWNER'S NAME ☒ SAME AS DRIVER |
| | STREET ADDRESS PO BOX 5751 | | OWNER'S ADDRESS ☒ SAME AS DRIVER |
| | CITY/STATE/ZIP SAN CLEMENTE CA 92674 | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER |
| | SEX M | HAIR BLK | EYES BRN | HEIGHT 6'0" | WEIGHT 180 | BIRTHDATE 02/27/1997 | RACE B | ANGELO'S TOWING - (442) 266-8160 |
| | | | | | | | | PRIOR MECHANICAL DEFECTS ☒ NONE APPARENT ☐ REFER TO NARRATIVE |
| | HOME PHONE (773) 448-5895 | BUSINESS PHONE NONE | VEHICLE IDENTIFICATION NUMBER |
| | INSURANCE CARRIER GEICO | POLICY NUMBER 60 90774470 | VEHICLE TYPE 01 | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☐ MOD. ☒ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA |
| | DIR OF TRAVEL S | ON STREET OR HIGHWAY I-5 | LANE 2 | THRU LANES 4 | TOTAL LANES 4 | SPEED LIMIT 65 | CA-T | DOT | CAL-T | TCP/PSC | MC/MX |

| PARTY 3 | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE/MODEL/COLOR | | LICENSE NUMBER | STATE |
| | NAME, FIRST MIDDLE LAST | | OWNER'S NAME ☐ SAME AS DRIVER |
| | STREET ADDRESS | | OWNER'S ADDRESS ☐ SAME AS DRIVER |
| | CITY/STATE/ZIP | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☐ OTHER |
| | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE Mo. Day Year | RACE | |
| | | | | | | | | PRIOR MECHANICAL DEFECTS ☐ NONE APPARENT ☐ REFER TO NARRATIVE |
| | HOME PHONE | BUSINESS PHONE | VEHICLE IDENTIFICATION NUMBER |
| | INSURANCE CARRIER | POLICY NUMBER | VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☐ MOD. ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA |
| | DIR OF TRAVEL | ON STREET OR HIGHWAY | LANE | THRU LANES | TOTAL LANES | SPEED LIMIT | CA-T | DOT | CAL-T | TCP/PSC | MC/MX |

| PREPARER'S NAME MARY H BAILEY 018185 | DISPATCH NOTIFIED ☐ YES ☐ NO ☒ N/A | REVIEWER'S NAME ROBERT SCHMIDT, 017780 | DATE REVIEWED 05/19/2022 |
| An Electronically Accredited Agency | | Destroy Previous Editions | Chp555_0000.pdf |

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# TRAFFIC CRASH CODING
CHP 555 Page 2 (Rev. 3-20) OPI 060

Page 2 of 5

| DATE OF CRASH (MO. DAY YEAR) | TIME (2400) | NCIC # | | OFFICER ID | | NUMBER |
|---|---|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | | 018105 | | 9650-2022-01122 |

| PROPERTY DAMAGE | OWNER'S NAME | | OWNER'S ADDRESS | |
|---|---|---|---|---|
| PERSON NOTIFIED | ☐ SAME AS OWNER | TELEPHONE NUMBER | METHOD OF NOTIFICATION (MARK ALL THAT APPLY) ☐ IN PERSON ☐ PHONE ☐ DISPATCH ☐ CHP 422 | LOG / INCIDENT NUMBER |

DESCRIPTION OF DAMAGE

## SEATING POSITION

1 TO 9 - STANDARD SEATING POSITION
10 - REAR OCC. TRK, VAN, STATION WAGON, ETC.*
11 - POSITION UNKNOWN*
0 - OTHER*

```
  ^
1 2 3
4 5 6
7 8 9
 10
```

## SAFETY EQUIPMENT

### OCCUPANTS
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP / SHOULDER HARNESS USED
H - LAP / SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED
P - NOT REQUIRED

### CHILD RESTRAINT
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

### MC / BICYCLE - HELMET
DRIVER        PASSENGER
V - NO        X - NO
W - YES       Y - YES

## AIR BAG
B - UNKNOWN
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

### EJECTED FROM VEHICLE
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

## INATTENTION CODES
A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

**ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.**

| PRIMARY CRASH FACTOR LIST NUMBER (#) OF PARTY AT FAULT | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | VEHICLE AUTOMATION LEVEL | 1 | 2 | 3 | MOVEMENT PRECEDING CRASH |
|---|---|---|---|---|---|---|---|---|---|
| 1 A CVC SECTION VIOLATED CITED ☐ YES ☒ NO VC 22107 | A CONTROLS FUNCTIONING | X | X | | A SAE LEVEL - 0 | | | | A STOPPED |
| | B CONTROLS NOT FUNCTIONING* | | | | B SAE LEVEL - 1 | | X | | B PROCEEDING STRAIGHT |
| B OTHER IMPROPER DRIVING* | C CONTROLS OBSCURED | | | | C SAE LEVEL - 2 | | | | C RAN OFF ROAD |
| | X D NO CONTROLS PRESENT / FACTOR* | | | | D SAE LEVEL - 3 | | | | D MAKING RIGHT TURN |
| C OTHER THAN DRIVER* | TYPE OF CRASH | | | | E SAE LEVEL - 4 | | | | E MAKING LEFT TURN |
| D UNKNOWN* | A HEAD - ON | | | | F SAE LEVEL - 5 | | | | F MAKING U TURN |
| | B SIDE SWIPE | | | | G UNKNOWN* | | | | G BACKING |
| | X C REAR END | | | | | | | | H SLOWING / STOPPING |
| WEATHER (MARK 1 TO 2 ITEMS) | D BROADSIDE | 1 | 2 | 3 | VEHICLE AUTOMATION ENGAGED | | | | I PASSING OTHER VEHICLE |
| X A CLEAR | E HIT OBJECT | X | X | | A NO AUTOMATION | X | | | J CHANGING LANES |
| B CLOUDY | F OVERTURNED | | | | B DRIVER ASSISTANCE | | | | K PARKING MANEUVER |
| C RAINING | G VEHICLE / PEDESTRIAN | | | | C PARTIAL AUTOMATION | | | | L ENTERING TRAFFIC |
| D SNOWING | H OTHER* | | | | D CONDITIONAL AUTOMATION | | | | M OTHER UNSAFE TURNING |
| E FOG / VISIBILITY FT. | MOTOR VEHICLE INVOLVED WITH (MARK 1 TO 2 ITEMS) | | | | E HIGH AUTOMATION | | | | N XING INTO OPPOSING LANE |
| F OTHER* | A NONCOLLISION | | | | F FULL AUTOMATION | | | | O PARKED |
| G WIND | B PEDESTRIAN | | | | G UNKNOWN* | | | | P MERGING |
| LIGHTING | X C OTHER MOTOR VEHICLE | | | | | | | | Q TRAVELING WRONG WAY |
| A DAYLIGHT | D MOTOR VEHICLE ON OTHER ROADWAY | 1 | 2 | 3 | OTHER ASSOCIATED FACTOR(S) (MARK 1 TO 2 ITEMS) | | | | R OTHER* |
| B DUSK - DAWN | E PARKED MOTOR VEHICLE | | | | | | | | S LANE SPLITTING |
| C DARK - STREET LIGHTS | F TRAIN | | | | A CVC SECTION VIOLATION CITED ☐ YES ☐ NO | 1 | 2 | 3 | SOBRIETY - DRUG - PHYSICAL (MARK ALL THAT APPLY) |
| X D DARK - NO STREET LIGHTS | G BICYCLE | | | | B CVC SECTION VIOLATION CITED ☐ YES ☐ NO | X | X | | A HAD NOT BEEN DRINKING |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | H ANIMAL | | | | | | | | B HBD - UNDER THE INFLUENCE |
| | I FIXED OBJECT | | | | C CVC SECTION VIOLATION CITED ☐ YES ☐ NO | | | | C HBD - NOT UNDER INFLUENCE* |
| ROADWAY SURFACE | | | | | | | | | D HBD - IMPAIRMENT UNKNOWN* |
| X A DRY | J OTHER OBJECT | | | | D | | | | E UNDER DRUG INFLUENCE* |
| B WET | | | | | E VISION OBSCUREMENT | | | | DRE EXAM. CONDUCTED |
| C SNOWY - ICY | | | | | F INATTENTION* | | | | STIMULANT |
| D SLIPPERY (MUDDY. OILY ETC.) | K ADDITIONAL OBJECT(S) STRUCK | | | | G STOP & GO TRAFFIC | | | | HALLUCINOGEN |
| ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) | PEDESTRIAN'S ACTIONS | | | | H ENTERING / LEAVING RAMP | | | | DISSOCIATIVE ANESTHETICS |
| A HOLES, DEEP RUT* | X A NO PEDESTRIANS INVOLVED | | | | I PREVIOUS CRASH | | | | NARCOTIC ANALGESIC |
| B LOOSE MATERIAL ON ROADWAY* | B CROSSING IN CROSSWALK - AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | INHALANT |
| C OBSTRUCTION ON ROADWAY* | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | K DEFECTIVE VEH. EQUIP. CITED ☐ YES ☐ NO | | | | CANNABIS |
| D CONSTRUCTION - REPAIR ZONE | | | | | | | | | DEPRESSANT |
| E REDUCED ROADWAY WIDTH | D CROSSING - NOT IN CROSSWALK | | | | L UNINVOLVED VEHICLE | | | | F IMPAIRMENT - PHYSICAL * |
| F FLOODED* | E IN ROAD - INCLUDES SHOULDER | | | | M OTHER* | | | | G IMPAIRMENT NOT KNOWN |
| G OTHER* | F NOT IN ROAD | X | X | | N NONE APPARENT | | | | H NOT APPLICABLE |
| X H NO UNUSUAL CONDITIONS | G APPROACHING / LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | I SLEEPY / FATIGUED* |

| SKETCH | MISCELLANEOUS | 1 | 2 | 3 | SPECIAL INFORMATION |
|---|---|---|---|---|---|
| REFER TO SKETCH PAGE(S) | | | | | A HAZARDOUS MATERIAL |
| | | | | | B CELL PHONE HANDHELD IN USE |
| | | | | | C CELL PHONE HANDSFREE IN USE |
| | | X | X | | D CELL PHONE NOT IN USE |
| | | | | | E CELL PHONE USE UNKNOWN |
| | | | | | F SCHOOL BUS RELATED |
| | | 1 | 2 | 3 | BIKEWAY FACILITY |
| | | | | | A SHARED ROADWAY |
| | | | | | B CLASS I - BIKE PATH* |
| | | | | | C CLASS II - BIKE LANE* |
| | | | | | D CLASS III - BIKE ROUTE* |
| | | | | | E CLASS IV - SEPARATED BIKEWAY* |

An Internationally Accredited Agency          Destroy Previous Editions          CHP555_0000.pdf

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

## SKETCH DIAGRAM

CHP 555 Page 4 (Rev. 3-20) OPI 060

Page 1 of 8

| DATE OF CRASH (MO    DAY    YEAR) | TIME (2400) | NCIC # | OFFICER ID | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01122 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE =    )



**Interstate 5**
Southbound

**Wire Mountain Road**
Over-Crossing

Raised Asphalt Curb & Wood/Metal Guardrail

Wood/Metal Guardrail & Raised Asphalt Curb

10' Asphalt Shoulder

Broken White Lines

12' Asphalt Shoulder

Solid White Line

Solid Yellow Line

| PREPARED BY | ID NUMBER | MO    DAY    YEAR | REVIEWER'S NAME | MO    DAY    YEAR |
|---|---|---|---|---|
| MARY K BAILEY | 018105 | 05/08/2022 | ROBERT SCHMIDT, 017780 | 05/19/2022 |

An Internationally Accredited Agency

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL                                        PAGE 4  OF 5

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01122 |

1 **Notification:**

2 On May 9, 2022, at approximately 0546 hours, CHP dispatch advised of a collision, with an

3 ambulance responding. I responded from the CHP Oceanside Office and arrived at approximately

4 0610 hours. All times, speeds and measurements in this report are approximate. Measurements

5 were taken by estimation, except where otherwise indicated.

6

7 **Statements:**

8 **Party #1 (Messer)(P-1)** P-1 was contacted at the northbound Interstate 5 Aliso Creek Rest Area.

9 P-1 stated in essence that he was driving V-1 (Chevrolet) with his emergency lights on because

10 his transmission was being screwy and would not go faster. He was at 45-50 miles per hour and

11 was moving to the right shoulder and when he was in the #3 lane, he was hit from behind. He then

12 drove to the military base but they told him to go to the gas station and call 9-1-1. But while he

13 was at the gas station waiting for CHP, a guy he saw on tv involved in sex trafficking came and he

14 had to leave. He started driving and was trying to get help for his girlfriend, who is at their

15 apartment in Orange County, but has been abducted in plain sight.

16

17 **Party #2 (Howard)(P-2)** P-2 stated in essence that he was driving V-2 (Infiniti) in the #3 lane at

18 50-55 miles per hour. As he approached the truck, the truck swerved at him, so he swerved and

19 still nipped the truck. His tire wouldn't move after that and he was now stopped in the #2 lane,

20 across the lane. He tried getting the car to move, but couldn't, so he got out and tried pushing it

21 out of the lane.

22

23 **Summary:**

24 This collision occurred as all vehicles were traveling southbound on Interstate 5, north of Mountain

25 Wire over-crossing. P-1 was driving V-1 with his hazards on, in the #2 lane, at approximately 45-

26 50 mph. P-2 was driving V-2 in the #3 lane, at approximately 50-55 miles per hour, approaching

27 the rear of V-1.

28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| MARY K BAILEY | 018105 | 05/08/2022 | ROBERT SCHMIDT, 01778 | 05/19/2022 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                                    PAGE 5  OF 5

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01122 |

1  P-1 made an unsafe turning movement from the #2 lane towards the right shoulder, directly in

2  front of V-2. Due to this unsafe turning movement, P-2 attempted to avoid a collision with V-1;

3  however, the right front of V-2 collided into the left rear of V-1.

4

5  As a result of this collision, V-2 became disabled in the #2 lane and V-1 continued off the freeway.

6

7  The Summary is based on statements and physical evidence.

8

9  **Area of Impact (AOI):**

10  AOI #1 (V-1 vs V-2) was located 2390 feet north of the north road edge of the Wire Mountain

11  Road overcrossing and 18 feet west of the west roadway edge of southbound Interstate 5.

12

13  AOI's were obtained by CHP Officer D. Pieri, #16487, and are based on statements and the

14  physical evidence.

15

16  **Cause:**

17  P-1 (Messer) was found to be the cause of this collision by being in violation of section 22107 V.C.

18  (Unsafe Turning Movement). P-1 made an unsafe turning movement from the #2 lane to the right

19  towards the right shoulder, which ultimately caused V-2 to collide into V-1.

20

21  The cause is based on the statements and the physical evidence.

22

23  **Recommendations:**

24  None.

25

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| MARY K BAILEY | 018105 | 05/08/2022 | ROBERT SCHMIDT, 017780 | 05/19/2022 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev 3-19) OPI 060

Page 5 of 5 2

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER ID NUMBER | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01172 |

| "X" ONE | "X" ONE | THREE SUPPLEMENTAL ("X" APPLICABLE) | | Hit and Run Update |
|---|---|---|---|---|
| ☐ Narrative | ☒ Crash Report | ☐ BA Update | ☐ Fatal | ☒ Other  corrections |
| ☒ Supplemental | ☐ Other | ☐ Hazardous Materials | ☐ School Bus | |

CITY/COUNTY/JUDICIAL DISTRICT  San Diego Superior Court North County Regional Center
UNINCORPORATED

REPORTING DISTRICT/BEAT  001   CITATION NUMBER

LOCATION/SUBJECT
I-5  S/D

STATE HIGHWAY RELATED  ☒ Yes  ☐ No

1. Party 1 Street Address: 23333 Ridge Route Dr Unit 49
2.
3. Party 1 Birthdate: 07/05/1975
4.
5. Party 1 Insurance: Aspire
6.
7. Page 2 Lighting: Should be B Dusk-Dawn
8.
9. Page 2 Movement Preceding Crash, Party 1 B Proceeding Straight
10.
11. Page 3 Crash Diagram, V-1 was in S-3 (as reflected on Page 1)
12.                      And Proceeding Straight
13. Page 4 Line 2: Should state "On May 8, 2022"
14.
15. Page 4 Line 11: Should state "was debating wheather to move
16.              to the Right shoulder or take next Exit"
17. Page 4 Line 12 should state "drove to the gas station called 911
18.        waited 45 minutes to an hour, drove to the military
19.        base seeking help for he and his fiances, then back
20.        to the gas station and asked another customer to
21. call 911 to report a convession male wearing a false beard and wig
22.        possibly involved in a child abduction.
23.        Parties #1 recorded video on his iPhone of the man's
24.        vehicle as it left
25. Page 4 Line 13: Can be OMITTED
26.
27. Page 4 Line 14: Should state "He was driving to San Diego
28.        County to get help for he and his fiance
29.        Alberta Padilla who is at their Apartment
30.        in Orange County and had been abducted but
31.        kept in Plain Sight

| PREPARER'S NAME and ID NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| Jacob Thomas Messer | 07/12/22 | | |

Use previous editions until depleted

Chp556_0319.pdf

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev 3-19) OPI 060

Page S2 of S2

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER ID NUMBER | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01122 |

| "X" ONE | "X" ONE | TYPE SUPPLEMENTAL ("X" APPLICABLE) | | | |
|---|---|---|---|---|---|
| ☐ Narrative | ☒ Crash Report | ☐ BA Update | ☐ Fatal | ☐ Hit and Run Update | |
| ☒ Supplemental | ☐ Other: | ☐ Hazardous Materials | ☐ School Bus | ☐ Other: | |

| CITY/COUNTY/JUDICIAL DISTRICT | San Diego Superior Court North County Regional Center | REPORTING DISTRICT/BEAT | CITATION NUMBER |
|---|---|---|---|
| UNINCORPORATED | | 001 | |

LOCATION/SUBJECT    I-5 S/B

STATE HIGHWAY RELATED  ☒ Yes  ☐ No

1. Page 4 Line 25. Should state "P-1 was driving V-1 with hazards on
2. in the #3 lane" as is reflected by Page 1
3. and line 11 from page 4
4. Page 5 Line 1: Should state "P-1 was travelling straight in the
5. #3 lane"
6. Page 5 Line 1: OMIT "towards the right shoulder"
7.
8. Page 5 Line 2: OMIT "Due to this unsafe turning movement"
9.
10. Page 5 Line 17-19: I would like the cause to reflect that
11. P-2 was at fault for the collision as
12. is consistent with P-1's original statement
13. as well as evident from the damage to
14. both V-1 and V-2
15.
16.
17. ✝ [signature]    DATE: 07/22/22
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.

| PREPARER'S NAME and ID NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| Jacob Thomas Messer | 07/22/22 | | |

Use previous editions until depleted

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# TRAFFIC CRASH REPORT
CHP-556 Page 1 (Rev. 3-20) OPI 060

Page 1 of 5

| | | | | | JUDICIAL DISTRICT | LOCAL REPORT NUMBER |
|---|---|---|---|---|---|---|
| SPECIAL CONDITIONS | NUMBER INJURED  0 | HIT & RUN FELONY | CITY UNINCORPORATED | San Diego Superior Court North County Regional Center | 9650-2022-40127 | |
| | NUMBER KILLED 0 | HIT & RUN MISDEMEANOR | COUNTY SAN DIEGO | REPORTING DISTRICT 081 | DAY OF WEEK SUNDAY | TOW AWAY ☒ YES ☐ NO |

**LOCATION**

| CRASH OCCURRED ON I-5 S/B | | MO 05 DAY 08 YEAR 2022 | TIME (2400) 1540 | NCIC # 9650 | OFFICER ID 019381 |
|---|---|---|---|---|---|
| MILEPOST INFORMATION | GPS COORDINATES LATITUDE 33.222878  LONGITUDE -117.392362 | | STATE HWY REL. ☐ YES ☐ NO | PHOTOGRAPHS BY ☒ NONE | |
| AT INTERSECTION WITH ☒ OR 2390 FEET NORTH of WIRE MOUNTAIN ROAD | | | | | |

**PARTY 1**

| DRIVER'S LICENSE NUMBER E3866595 (ID) | STATE CA | CLASS U | AIR BAG M | SAFETY EQUIP. G | VEH. YEAR 2008 | MAKE/MODEL/COLOR CHEV SILVERADO WHI | LICENSE NUMBER 8US2929 | STATE CA |
|---|---|---|---|---|---|---|---|---|
| NAME, FIRST, MIDDLE, LAST ☒ JACOB MESSER | | | | | OWNER'S NAME ☒ SAME AS DRIVER | | | |
| STREET ADDRESS 2333 RIDGE POINT DRIVE UNIT 49 | | | | | OWNER'S ADDRESS ☒ SAME AS DRIVER | | | |
| CITY/STATE/ZIP LAKE FOREST CA 92630 | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER | | | |
| SEX M | HAIR BRN | EYES HZL | HEIGHT 5'9" | WEIGHT 190 | BIRTHDATE Mo. Day Year | RACE W | DRIVEN FROM SCENE  PRIOR MECHANICAL DEFECTS ☐ NONE APPARENT ☒ REFER TO NARRATIVE | | |
| OTHER PHONE | | HOME PHONE (949) 615-1645 | BUSINESS PHONE NONE | | VEHICLE IDENTIFICATION NUMBER | | | |
| INSURANCE CARRIER ALLIANCE INSURANCE | | POLICY NUMBER UNKNOWN | | | VEHICLE TYPE 22 | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☒ MOD. ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA | |
| DIR OF TRAVEL S | ON STREET/ OR HIGHWAY I-5 | LANE 3 | THRU LANES 4 | TOTAL LANES 4 | SPEED LIMIT 65 | CAL-T _____ DOT _____  TCP/PSC _____ MC/MX _____ | | |

**PARTY 2**

| DRIVER'S LICENSE NUMBER Y4953173 | STATE CA | CLASS C | AIR BAG L | SAFETY EQUIP. G | VEH. YEAR 2017 | MAKE/MODEL/COLOR INFI Q50 GRY | LICENSE NUMBER 8TUF068 | STATE CA |
|---|---|---|---|---|---|---|---|---|
| NAME, FIRST, MIDDLE, LAST ☒ STEPHON DION HOWARD | | | | | OWNER'S NAME ☒ SAME AS DRIVER | | | |
| STREET ADDRESS PO BOX 5751 | | | | | OWNER'S ADDRESS ☒ SAME AS DRIVER | | | |
| CITY/STATE/ZIP SAN CLEMENTE CA 92674 | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER | | | |
| SEX M | HAIR BLK | EYES BRN | HEIGHT 6'0" | WEIGHT 180 | BIRTHDATE 02/27/1997 | RACE B | ANGELO'S TOWING - (442) 266-8160  PRIOR MECHANICAL DEFECTS ☒ NONE APPARENT ☐ REFER TO NARRATIVE | | |
| OTHER PHONE | | HOME PHONE (773) 448-5995 | BUSINESS PHONE NONE | | VEHICLE IDENTIFICATION NUMBER | | | |
| INSURANCE CARRIER GEICO | | POLICY NUMBER 60 90774470 | | | VEHICLE TYPE 01 | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☐ MOD. ☒ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA | |
| DIR OF TRAVEL S | ON STREET/ OR HIGHWAY I-5 | LANE 2 | THRU LANES 4 | TOTAL LANES 4 | SPEED LIMIT 65 | CAL-T _____ DOT _____  TCP/PSC _____ MC/MX _____ | | |

**PARTY 3**

| DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE/MODEL/COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|
| NAME, FIRST, MIDDLE, LAST | | | | | OWNER'S NAME ☐ SAME AS DRIVER | | | |
| STREET ADDRESS | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER | | | |
| CITY/STATE/ZIP | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☐ OTHER | | | |
| SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE Mo. Day Year | RACE | PRIOR MECHANICAL DEFECTS ☐ NONE APPARENT ☐ REFER TO NARRATIVE | | |
| OTHER PHONE | | HOME PHONE | BUSINESS PHONE | | VEHICLE IDENTIFICATION NUMBER | | | |
| INSURANCE CARRIER | | POLICY NUMBER | | | VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☐ MOD. ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA | |
| DIR OF TRAVEL | ON STREET/ OR HIGHWAY | LANE | THRU LANES | TOTAL LANES | SPEED LIMIT | CAL-T _____ DOT _____  TCP/PSC _____ MC/MX _____ | | |

| PREPARER'S NAME MARY N BAILEY 018186 | DISPATCH NOTIFIED ☐ YES ☐ NO ☒ N/A | REVIEWER'S NAME ROBERT SCHMIDT, 017780 | DATE REVIEWED 05/19/2022 |
|---|---|---|---|
| An Internationally Accredited Agency | | Destroy Previous Editions | CHP556_0000.tif |

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# TRAFFIC CRASH CODING
CHP 555 Page 2 (Rev. 3-20) OPI 060

Page 2 of 5

| DATE OF CRASH (MO. DAY YEAR) | TIME (2400) | NCIC # | | OFFICER ID | | NUMBER |
|---|---|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | | 018105 | | 9650-2022-01122 |

| PROPERTY DAMAGE | OWNER'S NAME | | OWNER'S ADDRESS | |
|---|---|---|---|---|

| PERSON NOTIFIED | ☐ SAME AS OWNER | TELEPHONE NUMBER | METHOD OF NOTIFICATION (MARK ALL THAT APPLY) ☐ IN PERSON ☐ PHONE ☐ DISPATCH ☐ CHP 422 | LOG / INCIDENT NUMBER |
|---|---|---|---|---|

DESCRIPTION OF DAMAGE

## SEATING POSITION

```
      Λ
  1 2 3
  4 5 6
  7 8 9
   10
```

1 TO 9 - STANDARD SEATING POSITION

10 - REAR OCC. TRK. VAN. STATION WAGON. ETC.*

11 - POSITION UNKNOWN*

0 - OTHER*

## SAFETY EQUIPMENT

### OCCUPANTS
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP / SHOULDER HARNESS USED
H - LAP / SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED
P - NOT REQUIRED

### CHILD RESTRAINT
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

### MC / BICYCLE - HELMET
DRIVER    PASSENGER
V - NO     X - NO
W - YES    Y - YES

## AIR BAG
B - UNKNOWN
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

### EJECTED FROM VEHICLE
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

## INATTENTION CODES
A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

**ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.**

| PRIMARY CRASH FACTOR LIST NUMBER (#) OF PARTY AT FAULT | | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | VEHICLE AUTOMATION LEVEL | 1 | 2 | 3 | MOVEMENT PRECEDING CRASH |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A CVC SECTION VIOLATED   CITED ☐YES  VC 22107 ☒NO | A CONTROLS FUNCTIONING | X | X | | A SAE LEVEL -0 | | | | A STOPPED |
| | | B CONTROLS NOT FUNCTIONING* | | | | B SAE LEVEL - 1 | | X | | B PROCEEDING STRAIGHT |
| | B OTHER IMPROPER DRIVING* | C CONTROLS OBSCURED | | | | C SAE LEVEL - 2 | | | | C RAN OFF ROAD |
| | | X D NO CONTROLS PRESENT / FACTOR* | | | | D SAE LEVEL - 3 | | | | D MAKING RIGHT TURN |
| | C OTHER THAN DRIVER* | TYPE OF CRASH | | | | E SAE LEVEL - 4 | | | | E MAKING LEFT TURN |
| | D UNKNOWN* | A HEAD - ON | | | | F SAE LEVEL - 5 | | | | F MAKING U TURN |
| | | B SIDE SWIPE | | | | G UNKNOWN* | | | | G BACKING |
| | | X C REAR END | | | | | | | | H SLOWING / STOPPING |
| WEATHER (MARK 1 TO 2 ITEMS) | | D BROADSIDE | 1 | 2 | 3 | VEHICLE AUTOMATION ENGAGED | | | | I PASSING OTHER VEHICLE |
| X | A CLEAR | E HIT OBJECT | X | X | | A NO AUTOMATION | X | | | J CHANGING LANES |
| | B CLOUDY | F OVERTURNED | | | | B DRIVER ASSISTANCE | | | | K PARKING MANEUVER |
| | C RAINING | G VEHICLE / PEDESTRIAN | | | | C PARTIAL AUTOMATION | | | | L ENTERING TRAFFIC |
| | D SNOWING | H OTHER* | | | | D CONDITIONAL AUTOMATION | | | | M OTHER UNSAFE TURNING |
| | E FOG / VISIBILITY        FT. | MOTOR VEHICLE INVOLVED WITH (MARK 1 TO 2 ITEMS) | | | | E HIGH AUTOMATION | | | | N XING INTO OPPOSING LANE |
| | F OTHER* | | | | | F FULL AUTOMATION | | | | O PARKED |
| | G WIND | A NONCOLLISION | | | | G UNKNOWN* | | | | P MERGING |
| LIGHTING | | B PEDESTRIAN | | | | | | | | Q TRAVELING WRONG WAY |
| | A DAYLIGHT | X C OTHER MOTOR VEHICLE | | | | OTHER ASSOCIATED FACTOR(S) (MARK 1 TO 2 ITEMS) | | | | R OTHER* |
| | B DUSK - DAWN | D MOTOR VEHICLE ON OTHER ROADWAY | 1 | 2 | 3 | | | | | S LANE SPLITTING |
| | C DARK - STREET LIGHTS | E PARKED MOTOR VEHICLE | | | | A CVC SECTION VIOLATION   CITED ☐YES ☐NO | 1 | 2 | 3 | SOBRIETY - DRUG - PHYSICAL (MARK ALL THAT APPLY) |
| X | D DARK - NO STREET LIGHTS | F TRAIN | | | | B CVC SECTION VIOLATION   CITED ☐YES ☐NO | X | X | | A HAD NOT BEEN DRINKING |
| | E DARK - STREET LIGHTS NOT FUNCTIONING* | G BICYCLE | | | | | | | | B HBD - UNDER THE INFLUENCE |
| | | H ANIMAL | | | | C CVC SECTION VIOLATION   CITED ☐YES ☐NO | | | | C HBD - NOT UNDER INFLUENCE* |
| ROADWAY SURFACE | | I FIXED OBJECT | | | | | | | | D HBD - IMPAIRMENT UNKNOWN* |
| X | A DRY | J OTHER OBJECT | | | | D | | | | E UNDER DRUG INFLUENCE* |
| | B WET | | | | | E VISION OBSCUREMENT | | | | DRE EXAM. CONDUCTED |
| | C SNOWY - ICY | | | | | F INATTENTION* | | | | STIMULANT |
| | D SLIPPERY (MUDDY, OILY ETC.) | K ADDITIONAL OBJECT(S) STRUCK | | | | G STOP & GO TRAFFIC | | | | HALLUCINOGEN |
| ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) | | PEDESTRIAN'S ACTIONS | | | | H ENTERING / LEAVING RAMP | | | | DISSOCIATIVE ANESTHETICS |
| | A HOLES. DEEP RUT* | X A NO PEDESTRIANS INVOLVED | | | | I PREVIOUS CRASH | | | | NARCOTIC ANALGESIC |
| | B LOOSE MATERIAL ON ROADWAY* | B CROSSING IN CROSSWALK - AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | INHALANT |
| | C OBSTRUCTION ON ROADWAY* | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | K DEFECTIVE VEH. EQUIP.   CITED ☐YES ☐NO | | | | CANNABIS |
| | D CONSTRUCTION - REPAIR ZONE | | | | | | | | | DEPRESSANT |
| | E REDUCED ROADWAY WIDTH | D CROSSING - NOT IN CROSSWALK | | | | L UNINVOLVED VEHICLE | | | | F IMPAIRMENT - PHYSICAL * |
| | F FLOODED* | E IN ROAD - INCLUDES SHOULDER | | | | M OTHER* | | | | G IMPAIRMENT NOT KNOWN |
| | G OTHER* | F NOT IN ROAD | X | X | | N NONE APPARENT | | | | H NOT APPLICABLE |
| X | H NO UNUSUAL CONDITIONS | G APPROACHING / LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | I SLEEPY / FATIGUED* |

| SKETCH | MISCELLANEOUS | 1 | 2 | 3 | SPECIAL INFORMATION |
|---|---|---|---|---|---|
| **REFER TO SKETCH PAGE(S)** | | | | | A HAZARDOUS MATERIAL |
| | | | | | B CELL PHONE HANDHELD IN USE |
| | | | | | C CELL PHONE HANDSFREE IN USE |
| | | X | X | | D CELL PHONE NOT IN USE |
| | | | | | E CELL PHONE USE UNKNOWN |
| | | | | | F SCHOOL BUS RELATED |
| | | 1 | 2 | 3 | BIKEWAY FACILITY |
| | | | | | A SHARED ROADWAY |
| | | | | | B CLASS I - BIKE PATH* |
| | | | | | C CLASS II - BIKE LANE* |
| | | | | | D CLASS III - BIKE ROUTE* |
| | | | | | E CLASS IV - SEPARATED BIKEWAY* |

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

## SKETCH DIAGRAM

Page 1 of 5

CHP 555 Page 4 (Rev. 3-20) OPI 060

| DATE OF CRASH (MO DAY YEAR) | TIME (2400) | NCIC # | OFFICER ID | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01122 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE =    )



| PREPARED BY | ID NUMBER | MO DAY YEAR | REVIEWER'S NAME | MO DAY YEAR |
|---|---|---|---|---|
| MARY K BAILEY | 018105 | 05/08/2022 | ROBERT SCHMIDT, 017780 | 05/19/2022 |

An Internationally Accredited Agency

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**

PAGE 4 OF 5

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01122 |

1  **Notification:**

2  On May 9, 2022, at approximately 0546 hours, CHP dispatch advised of a collision, with an

3  ambulance responding. I responded from the CHP Oceanside Office and arrived at approximately

4  0610 hours. All times, speeds and measurements in this report are approximate. Measurements

5  were taken by estimation, except where otherwise indicated.

6

7  **Statements:**

8  **Party #1 (Messer)(P-1)** P-1 was contacted at the northbound Interstate 5 Aliso Creek Rest Area.

9  P-1 stated in essence that he was driving V-1 (Chevrolet) with his emergency lights on because

10 his transmission was being screwy and would not go faster. He was at 45-50 miles per hour and

11 was moving to the right shoulder and when he was in the #3 lane, he was hit from behind. He then

12 drove to the military base but they told him to go to the gas station and call 9-1-1. But while he

13 was at the gas station waiting for CHP, a guy he saw on tv involved in sex trafficking came and he

14 had to leave. He started driving and was trying to get help for his girlfriend, who is at their

15 apartment in Orange County, but has been abducted in plain sight.

16

17 **Party #2 (Howard)(P-2)** P-2 stated in essence that he was driving V-2 (Infiniti) in the #3 lane at

18 50-55 miles per hour. As he approached the truck, the truck swerved at him, so he swerved and

19 still nipped the truck. His tire wouldn't move after that and he was now stopped in the #2 lane,

20 across the lane. He tried getting the car to move, but couldn't, so he got out and tried pushing it

21 out of the lane.

22

23 **Summary:**

24 This collision occurred as all vehicles were traveling southbound on Interstate 5, north of Mountain

25 Wire over-crossing. P-1 was driving V-1 with his hazards on, in the #2 lane, at approximately 45-

26 50 mph. P-2 was driving V-2 in the #3 lane, at approximately 50-55 miles per hour, approaching

27 the rear of V-1.

28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| MARY K BAILEY | 018105 | 05/08/2022 | ROBERT SCHMIDT, 01778 | 05/19/2022 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                          PAGE 5  OF 5

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01122 |

1  P-1 made an unsafe turning movement from the #2 lane towards the right shoulder, directly in

2  front of V-2. Due to this unsafe turning movement, P-2 attempted to avoid a collision with V-1;

3  however, the right front of V-2 collided into the left rear of V-1.

4

5  As a result of this collision, V-2 became disabled in the #2 lane and V-1 continued off the freeway.

6

7  The Summary is based on statements and physical evidence.

8

9  **Area of Impact (AOI):**

10  AOI #1 (V-1 vs V-2) was located 2390 feet north of the north road edge of the Wire Mountain

11  Road overcrossing and 18 feet west of the west roadway edge of southbound Interstate 5.

12

13  AOI's were obtained by CHP Officer D. Pieri, #16487, and are based on statements and the

14  physical evidence.

15

16  **Cause:**

17  P-1 (Messer) was found to be the cause of this collision by being in violation of section 22107 V.C.

18  (Unsafe Turning Movement). P-1 made an unsafe turning movement from the #2 lane to the right

19  towards the right shoulder, which ultimately caused V-2 to collide into V-1.

20

21  The cause is based on the statements and the physical evidence.

22

23  **Recommendations:**

24  None.

25

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| MARY K BAILEY | 018105 | 05/08/2022 | ROBERT SCHMIDT, 017780 | 05/19/2022 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev 3-19) OPI 060

Page 5 of 52

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER ID NUMBER | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01172 |

'X' ONE: ☐ Narrative  ☑ Supplemental
'X' ONE: ☒ Crash Report  ☐ Other
TYPE SUPPLEMENTAL ('X' APPLICABLE): ☐ BA Update  ☐ Hazardous Materials  ☐ Fatal  ☐ School Bus
☐ Hit and Run Update  ☒ Other  corrections

CITY/COUNTY/JUDICIAL DISTRICT  UNINCORPORATED  San Diego Superior Court North County Regional Center
REPORTING DISTRICT/BEAT  001  CITATION NUMBER
LOCATION/SUBJECT  I-5  S/D
STATE HIGHWAY RELATED  ☒ Yes  ☐ No

1. Party 1 Street Address: 23333 Ridge Route Dr Unit 49

3. Party 1 Birthdate: 07/05/1975

5. Party 1 Insurance: Aspire

7. Page 2 Lighting: Should be B Dusk-Dawn

9. Page 2 Movement Preceding Crash: Party 1 B Proceeding Straight

11. Page 3 Crash Diagram: V-1 was in S-3 (as reflected on Page 1)
12. And Proceeding Straight
13. Page 4 Line 2: Should state "On May 8, 2022"

15. Page 4 Line 11: Should state "was debating whether to move
16. to the Right shoulder or take next Exit"
17. Page 4 Line 12 should state "drove to the gas station called 911
18. waited 45 minutes to an hour, drove to the military
19. base seeking help for he and his fiancee, then back
20. to the gas station and asked another customer to
21. call 911 to report a caucasian male wearing a false beard and wig
22. possibly involved in a child abduction.
23. Parties #1 recorded video on his iPhone of the man's
24. vehicle as it left
25. Page 4 Line 13: Can be OMITTED

27. Page 4 Line 14: Should state "He was driving to San Diego
28. County to get help for he and his fiancee
29. Alberta Padilla, who is at their Apartment
30. in Orange County and had been abducted but
31. kept in Plain Sight

PREPARER'S NAME and ID NUMBER  Jacob Thomas Mercer
DATE  07/12/22
REVIEWER'S NAME
DATE

Use previous editions until depleted

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev 3-19) OPI 060

Page 5 2 of 5 2

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER ID NUMBER | NUMBER |
|---|---|---|---|---|
| 05/08/2022 | 0540 | 9650 | 018105 | 9650-2022-01122 |

| "X" ONE | "X" ONE | TYPE SUPPLEMENTAL ("X" APPLICABLE) | | |
|---|---|---|---|---|
| ☐ Narrative | ☒ Crash Report | ☐ BA Update ☐ Fatal | ☐ Hit and Run Update | |
| ☒ Supplemental | ☐ Other | ☐ Hazardous Materials ☐ School Bus | ☐ Other | |

CITY/COUNTY/JUDICIAL DISTRICT  San Diego Superior Court North County
UNINCORPORATED     Regional Center

REPORTING DISTRICT/BEAT  001    CITATION NUMBER

LOCATION/SUBJECT     I-5 S/B

STATE HIGHWAY RELATED  ☒ Yes  ☐ No

1. Page 4 Line 25. Should state "P-1 was driving V-1 with hazards on
2.   in the #3 lane" as is reflected by Page 1
3.   and line 11 from page 4
4. Page 5 Line 1: Should state "P-1 was travelling straight in the
5.   #3 lane"
6. Page 5 Line 1: OMIT "towards the right shoulder"
7.
8. Page 5 Line 2: OMIT "Due to this unsafe turning movement"
9.
10. Page 5 Line 17-19: I would like the cause to reflect that
11.   P-2 was at fault for the collision as
12.   is consistent with P-1's original statement
13.   as well as evident from the damage to
14.   both V-1 and V-2
15.
16.
17. †  [signature]         DATE: 07/22/22
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.

| PREPARER'S NAME and ID NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| Jacob Thomas Messer | 07/22/22 | | |

Use previous editions until depleted

CHP556_2019.pdf

1    **AFFIDAVIT OF LEGAL IDENTITY AND FRAUDULENT ERASURE CLAIM**

2    I, **Jacob Thomas Messer**, being of sound mind and legal capacity, hereby affirm and swear
3    under penalty of perjury that the following statements are true and accurate to the best of my
4    knowledge and belief:

5    _____

6    **1. AFFIRMATION OF LEGAL IDENTITY**

7    I affirm that my legal identity is **Jacob Thomas Messer** and that I am a U.S. citizen with all
8    associated rights, privileges, and legal standing. I further state that I have been subjected to
9    identity erasure and fraudulent legal manipulation as outlined below.

10   _____

11   **2. FRAUDULENT IDENTITY FRACTURING & ALIAS MANIPULATION**

12   I attest that I have been deliberately and unlawfully assigned multiple false aliases, including but
13   not limited to:

14   •  **Jacob Thomas Redmond**
15   •  **James Redmond**
16   •  **Granville Redmond / Granvill / Manville**
17   •  **Nathan Redmond**

18   These names have been fraudulently used without my consent to create, manipulate, or alter
19   legal, financial, and property records in a manner intended to obscure my true identity and legal
20   rights.

21   _____

22   **3. COURT CASE MANIPULATION AND RECORD ALTERATION**

23   I declare that my court records and scheduled hearings have been unlawfully altered or erased,
24   with the intent of obstructing justice, causing legal noncompliance, and preventing me from
25   defending myself. The following acts of judicial and administrative fraud have been observed:

26   •  **Overlapping or falsely scheduled court cases** to prevent attendance and create the
27      appearance of noncompliance.
28   •  **Erased or altered docket records** removing my presence from legal proceedings.
29   •  **Judicial and clerical misconduct** resulting in the falsification of legal documents and
30      procedural obfuscation.

31   _____



## 4. UNAUTHORIZED FINANCIAL TRANSACTIONS & ASSET MISAPPROPRIATION

I testify that financial transactions, bank accounts, and property transfers have been conducted under my stolen identity or fraudulent aliases. These include but are not limited to:

- Unauthorized loans, credit accounts, and mortgages.
- Fraudulent property deeds, transfers, or seizures.
- Asset laundering through third-party entities using my personal information.

---

## 5. COMPLICIT INDIVIDUALS & ORGANIZATIONS

I attest that the following individuals and entities may be complicit in this fraud, having direct involvement or knowledge of these illegal actions:

- Court clerks, administrative officials, and specific judiciary members who have altered or removed legal documents
- Law enforcement personnel who have facilitated or ignored legal misrepresentation.
- Financial institutions processing fraudulent transactions under my name or aliases.

---

## 6. DEMAND FOR FEDERAL INTERVENTION AND LEGAL RESTORATION

Given the severity of this identity erasure and fraudulent manipulation, I formally request the following immediate actions:

1. **Immediate restoration of my legal identity, court records, and all associated documentation.**
2. **A federal investigation into identity fraud, judicial corruption, and financial misappropriation.**
3. **Legal accountability for those involved in the fraudulent manipulation of my identity.**
4. **Protection against further attempts to erase, modify, or obscure my legal existence.**
5. **An emergency sealed name change with Safe at Home registration.**
6. **A temporary restraining order against all responsible parties.**
7. **A legally binding order of protection.**
8. **Establishment of a constructive trust.**
9. **Unsealing of Granville Seymour Redmond's will.**
10. **An order appointing me as the sole trustee and beneficiary of all trusts and accounts associated with this fraud.**

---

## 7. SWORN DECLARATION & SIGNATURE

I affirm under **penalty of perjury** that the foregoing is true and correct to the best of my
knowledge. I submit this affidavit as an official record to be used in legal proceedings to restore
my rightful identity and expose the fraudulent system designed to erase it.

Signed this __1__ day of __April__, **2025**

**Signature:** _____
**Printed Name:** Jacob Thomas Messer
**Notary Public or Witness Signature:** _____

1     **COMPREHENSIVE AFFIDAVIT OF LEGAL IDENTITY, FINANCIAL FRAUD, &**

2     **PROBATE MANIPULATION**

3

4        I, **Jacob Thomas Messer**, being of sound mind and legal capacity, hereby affirm

5     and swear under penalty of perjury that the following statements are true and accurate to

6     the best of my knowledge and belief.

7

8     **I. AFFIRMATION OF LEGAL IDENTITY**

9        I affirm that my legal identity is **Jacob Thomas Messer** and that I am a U.S.

10    citizen with all associated rights, privileges, and legal standing. I further state that I have

11    been subjected to identity erasure, financial fraud, and judicial manipulation as outlined

12    below.

13

14    **II. FRAUDULENT IDENTITY FRACTURING & ALIAS**

15    **MANIPULATION**

16        I attest that I have been deliberately and unlawfully assigned multiple false aliases,

17    including but not limited to:

18    • **Jacob Thomas Redmond**

19    • **James Redmond**

20    • **Granville Redmond / Granvill / Manville**

21    • **Nathan Redmond**

22    These names have been fraudulently used without my consent to create, manipulate, or

23    alter legal, financial, and property records in a manner intended to obscure my true identity

24    and legal rights.

25

## III. COURT CASE MANIPULATION AND RECORD ALTERATION

27    I declare that my court records and scheduled hearings have been unlawfully altered or

28    erased, with the intent of obstructing justice, causing legal noncompliance, and preventing

29    me from defending myself. The following acts of judicial and administrative fraud have

30    been observed:

31    • **Overlapping or falsely scheduled court cases** to prevent attendance and create the

32    appearance of noncompliance.

33    • **Erased or altered docket records** removing my presence from legal proceedings.

34    • **Judicial and clerical misconduct** resulting in the falsification of legal documents and

35    procedural obfuscation.

36

## IV. EVIDENCE OF FINANCIAL & PROBATE FRAUD

38    A coordinated network of financial institutions, judicial operatives, and real estate

39    firms is actively engaged in systematic financial fraud, estate theft, and legal identity

40    erasure. The fraudulent activity includes:

41    • **Judicial Manipulation:** Court cases being sealed, dismissed, or transferred to suppress

42    evidence and obstruct legal recourse.

43    • **Real Estate-Based Financial Laundering:** Fraudulent property transactions involving

44    **NRD Realty LLC, Raymond James Bank, Plantation Vacations Inc., Dovenmuehle**

45    **Mortgage Inc., and JPMorgan Chase.**

46   • **Probate Fraud & Identity Theft:** The unlawful misappropriation of assets from estates,
47      including **Ettli Trust, Redmond Estate, Granville Holdings, Messer Trust, and Nathan**
48      **Family Trust.**

49   • **Disappearance of Key Individuals:** Financial transactions directly coincide with the
50      unexplained disappearance of persons, suggesting a connection between financial fraud
51      and human trafficking.

52

53   ### A. Suspicious Financial Transactions

| 1. Date | 2. Entity Involved | 3. Transaction Type | 4. Amount (USD) | 5. Suspicious Indicator |
|---|---|---|---|---|
| 6. 2023-06-15 | 7. NRD Realty LLC | 8. Property Sale | 9. 750,000 | 10. Multiple Transfers |
| 11. 2023-07-22 | 12. Raymond James Bank | 13. Loan Issuance | 14. 1,200,000 | 15. Linked to Trusts |
| 16. 2023-08-10 | 17. Plantation Vacations Inc. | 18. Trust Deed Transfer | 19. 890,000 | 20. Repeated Assignments |
| 21. 2023-09-05 | 22. Dovenmuehle Mortgage Inc. | 23. Mortgage Registration | 24. 675,000 | 25. High-Risk Location |
| 26. 2023-10-18 | 27. JPMorgan Chase | 28. Wire Transfer | 29. 2,100,000 | 30. Offshore Account |

54

55   ### B. Probate Fraud & Estate Theft Patterns

| 1. Estate Name | 2. Reported Theft Date | 3. Stolen Asset Type | 4. Linked Fraud Entity | 5. Current Legal Status |
|---|---|---|---|---|
| 6. Ettli Trust | 7. 2023-06-10 | 8. Real Estate | 9. NRD Realty LLC | 10 Pending |

| 1. Estate Name | 2. Reported Theft Date | 3. Stolen Asset Type | 4. Linked Fraud Entity | 5. Current Legal Status |
|---|---|---|---|---|
| 11. Redmond Estate | 12. 2023-07-18 | 13. Investment Accounts | 14. Raymond James Bank | 15. Sealed |
| 16. Granville Holdings | 17. 2023-08-05 | 18. Offshore Trusts | 19. Plantation Vacations Inc. | 20. Dismissed |
| 21. Messer Trust | 22. 2023-09-12 | 23. Cash Holdings | 24. Dovenmuehle Mortgage Inc. | 25. Transferred |
| 26. Nathan Family Trust | 27. 2023-10-22 | 28. Stocks & Bonds | 29. JPMorgan Chase | 30. Closed |

56

57

# V. DEMAND FOR FEDERAL INTERVENTION & LEGAL ACTION

58
59
In light of the overwhelming evidence presented, I formally request immediate legal and investigative actions, including but not limited to:

60  1.  **Immediate Injunctive Relief & Stay on All Proceedings Related to Probate and Estate**
61  **Distributions in New York, South Carolina, North Carolina, California, Texas,**
62  **Arizona, Kansas, Michigan, Tennessee, and Florida** that are tied to this fraud or
63  involve:
64  o  **The Buck, Haas, Redmond, or Carol families**
65  o  **Any associated trusts, financial instruments, or disbursements**
66  o  **Dividends, transfers of property, contracts, taxes, liens, or annexation of assets**
67  o  **Any other actions deemed to fall under the jurisdiction of the rightful heir**
68  2  **Access to All Accounts & Immediate Sealed, Ex Parte Final Disbursement of Probate**
69  **Funds** – Ensure rightful access to all related financial accounts and assets, while securing

70      an emergency ex parte order to disburse probate funds in accordance with lawful
71      inheritance claims.

72   3. **Review of Small Claims & Bankruptcy Proceedings** – Conduct an audit of all small
73      claims and bankruptcy cases linked to implicated parties to determine the extent of creditor
74      fraud and financial manipulation.

75   4. **Recovery of Deleted Court Records** – Obtain archived court schedules, witness lists, and
76      original dockets before their alterations.

77   5. **Tracking of Financial Transactions** – Subpoena financial records from implicated
78      entities to identify unauthorized asset transfers.

79   6. **Auditing of Judicial Manipulation** – Cross-check court schedules for deliberate erasures
80      and fraudulent reassignment of judges.

81   7. **Exposure of Fraud Beneficiaries** – Identify individuals or organizations unlawfully
82      benefiting from the stolen estates and real estate transfers.

83   8. **Federal Oversight & RICO Investigation** – Submit findings to the **DOJ, SEC, CFPB,
84      IRS, and FBI** to initiate federal racketeering investigations.

85   9. **Court Order for the Unsealing of Granville Seymour Redmond's Will** to reveal
86      suppressed inheritance claims and financial misappropriation.

87   10. **Establishment of a Constructive Trust** for the full restitution of fraudulently transferred
88      assets.

89

90      ## VI. SWORN DECLARATION & SIGNATURE

91      I affirm under **penalty of perjury** that the foregoing is true and correct to the best
92      of my knowledge. I submit this affidavit as an official legal record to expose this
93      fraudulent operation and reclaim all unlawfully seized assets.

94

95

96      Signed this ___ day of _April___, **2025**

Signature: _____

Printed Name: Jacob Thomas Messer

Witness Signature: _____

## UNIFIED PROTECTION AFFIDAVIT & REQUEST FOR MILITARY COURT JURISDICTION TRANSFER

Date: 04/07/2025

Filed by: Jacob Thomas Redmond

Subject: Jacob Thomas Messer

Jurisdictional Basis: UCMJ Article 2(a)(10); Geneva Convention IV; DoD Embedded Technical Protocols

Operational Context: Classified Contingency Support Deployment

## I. LEGAL INVOCATION & PROTECTED STATUS CLASSIFICATION

Pursuant to Article 2(a)(10) of the Uniform Code of Military Justice (UCMJ) and Articles 4 and 5 of the Fourth Geneva Convention, this affidavit formally recognizes and asserts the status of Jacob Thomas Messer as a Protected Person and embedded noncombatant technical asset under the direct scope of military authority.

All jurisdictional claims over Mr. Messer are to be transferred immediately to appropriate military oversight, specifically under JAG administration or authorized tribunal jurisdiction, in accordance with wartime legal protocols.

## II. AFFIDAVIT DECLARATION

I, Jacob Thomas Redmond, under full operational knowledge and in-field responsibility, declare that Jacob Thomas Messer has continuously fulfilled mission-critical technical and logistical roles while embedded with U.S. Armed Forces in an active classified contingency mission.

Due to targeted obstruction, denial of legal counsel, hostile foreign-aligned interference, and sabotage of protected communication lines, I hereby execute lawful transfer of jurisdiction and classification of the subject as a Protected Civilian under LOAC.

---

## III. EVIDENCE SUMMARY & SECURITY CONDITIONS

- Active military logistical and technical role embedded in classified field mission
- Possession of steganographic and encrypted field intelligence materials
- Persistent obstruction of legal redress attempts
- Documented administrative and civilian court sabotage
- Active threats stemming from infiltration and foreign-aligned actors
- Civil forums are legally and operationally incapacitated

---

## IV. LEGAL BASIS FOR OVERRIDE & TRIBUNAL TRANSFER

Given failure of civilian systems to protect the rights and status of the subject, and pursuant to:

- UCMJ Article 104 (Aiding the Enemy)
- UCMJ Article 18 (General Court-Martial Jurisdiction)
- 18 U.S.C. § 2441 (War Crimes Act)
- Geneva IV Article 147 (Grave Breaches)

This affidavit transfers all authority, inquiry, and adjudication over the subject's legal situation to military command, with explicit nullification of civil interference or obstruction.

---

## V. PRAYER FOR RELIEF & MANDATED ACTION

This filing demands the following actions:

1. **Immediate recognition of Protected Person status under Geneva IV**
2. **Assignment of JAG or authorized military counsel**
3. **Initiation of Geneva Article 5 tribunal or equivalent review**
4. **Legal interdiction against any further civilian enforcement or interference**
5. **Launch of investigation into legal sabotage and jurisdictional compromise**

Filed and Affirmed:

Signature:

I have no way to print this and REDACTED won't allow me to provide an image.

Jacob Thomas Redmond

Date: 04/07/2025

## Left Stub

**STATE OF CALIFORNIA**
DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER 99348834

The amount printed on the face of this advice was transmitted to an account at bank 322271627 from the IN-HOME SUPPORTIVE SVCS (IHSS) CMIPSII

11 22 23

PADILLA, ALBERTA
2151 E 1ST ST UNIT 234
SANTA ANA, CA 92705-8320

$****582.08
**NOT NEGOTIABLE**
003099594

**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

ISSUE DATE: 11/22/23     Please contact your local IHSS county office for PAYMENT questions

| Recipient | DELAO LINDA A | | ID# 2012340 |
|---|---|---|---|
| Payee/Provider | PADILLA ALBERTA | | ID# 003099594 |
| Service Period | 11/01/23 to 11/15/23 | Timesheet # | 4172147752     30 05 |

| Process Date: 11/17/23 | | Deductions | Current | YTD |
|---|---|---|---|---|
| Pay Rate: $ 16.75 | | Federal | .00 | .00 |
| Hours Submitted | H 038   M 00 | Addt Federal | .00 | .00 |
| Hours Not Paid | H 000   M 00 | State | .00 | .00 |
| Total Hours Paid | H 038   M 00 | Addt State | .00 | .00 |
| Travel Hours | H 000   M 00 | FICA | 39.46 | 656.55 |
| Overtime Hours | H 000   M 00 | Medicare | 9.23 | 153.55 |
| Sick Leave Hours | H 000   M 00 | SDI/DEC | 5.73 | 95.51 |
| | | Share of Cost | .00 | .00 |
| | Current   YTD | Recovery | .00 | .00 |
| Regular * | 636.50   7511.49 | Lien | .00 | .00 |
| Adjustment | .00   2844.29 | Health | .00 | .00 |
| Travel | .00   .00 | Dues | .00 | .00 |
| Overtime | .00   233.80 | Health Trust | .00 | .00 |
| Sick Leave | .00   .00 | COPE/PEOPLE | .00 | .00 |
| | | Initiation | .00 | .00 |
| Total Gross | 636.50   10589.58 | Other Insurance | .00 | .00 |
| Net Pay | 582.08   9684.17 | | | |

| Sick Leave | Avail | Paid | Total Deductions | 54.42 | 905.41 |
|---|---|---|---|---|---|
| Fiscal Year 2023-2024 | 24.00 | 00.00 | | | |

* Includes Overtime Hours at regular rate



## Right Stub

**STATE OF CALIFORNIA**
DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER 99755017

The amount printed on the face of this advice was transmitted to an account at bank 322271627 from the IN-HOME SUPPORTIVE SVCS (IHSS) CMIPSII

11 29 23

PADILLA, ALBERTA
2151 E 1ST ST UNIT 234
SANTA ANA, CA 92705-8320

$****1106.71
**NOT NEGOTIABLE**
003099594



**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

ISSUE DATE: 11/29/23     Please contact your local IHSS county office for PAYMENT questions

| Recipient | DELAO LINDA A | | ID# 2012340 |
|---|---|---|---|
| Payee/Provider | PADILLA ALBERTA | | ID# 003099594 |
| Service Period | 10/01/23 to 10/15/23 | Timesheet # | 4169906131     30 05 |

| Process Date: 11/22/23 | | Deductions | Current | YTD |
|---|---|---|---|---|
| Pay Rate: $ 16.75 | | Federal | .00 | .00 |
| Hours Submitted | H 072   M 15 | Addt Federal | .00 | .00 |
| Hours Not Paid | H 000   M 00 | State | .00 | .00 |
| Total Hours Paid | H 072   M 15 | Addt State | .00 | .00 |
| Travel Hours | H 000   M 00 | FICA | 75.04 | 731.59 |
| Overtime Hours | H 000   M 00 | Medicare | 17.55 | 171.18 |
| Sick Leave Hours | H 000   M 00 | SDI/DEC | 10.89 | 106.28 |
| | | Share of Cost | .00 | .00 |
| | Current   YTD | Recovery | .00 | .00 |
| Regular * | 1210.19   8721.68 | Lien | .00 | .00 |
| Adjustment | .00   2844.29 | Health | .00 | .00 |
| Travel | .00   .00 | Dues | .00 | .00 |
| Overtime | .00   233.80 | Health Trust | .00 | .00 |
| Sick Leave | .00   .00 | COPE/PEOPLE | .00 | .00 |
| | | Initiation | .00 | .00 |
| Total Gross | 1210.19   11799.77 | Other Insurance | .00 | .00 |
| Net Pay | 1106.71   10790.88 | | | |

| Sick Leave | Avail | Paid | Total Deductions | 103.48 | 1008.89 |
|---|---|---|---|---|---|
| Fiscal Year 2023-2024 | 24.00 | 00.00 | | | |

* Includes Overtime Hours at regular rate



## Dinner & Lunch

| | | | | |
|---|---|---|---|---|
| $$$ | Harbor Grill | 949 240-1416 | In Harbor | Grilled seafood, Steak, Patio |
| $$ | Beach Harbor Pizza | 949 218-1920 | In Harbor | Pizza, Sandwich, Pasta, Patio |
| $$$ | Gemmell's (French) | 949 234-0063 | In Harbor | European Lunch & Dinner |
| $$$ | Watermans Harbor | 949 764-3474 | In Harbor | Seafood, Oyster bar, Lunch, Dinner, and Bar, Patio |
| $$ | Harpoon Henry's | 949 493-2933 | In Harbor | Seafood, Steak, Bar, Patio, Music |
| $$$$ | Chart house | 949 493-1183 | Overlooking Harbor | Seafood, Steak, Patio, View |
| $$ | El Torito Mexican | 949 496-6311 | In Harbor | Lunch, Dinner, Bar, and Brunch |
| $$ | Wind & Sea | 949 496-6500 | In Harbor | Seafood, Steak, Bar, Patio, View |
| $ | Turks | 949 496-9028 | In Harbor | Bar, Excellent Fish & Chips |
| $$$ | Jimmy's Famous | 949 388-9900 | Across the street | American, Burgers & Bar |
| $$ | Jon's Fish Market | 949 496-2807 | In Harbor | Seafood Fish Market & Patio |
| $$$ | Coastal Kitchen | 949 449-2822 | On PCH | Lunch, Dinner, Patio, Wine |
| $$$ | The Craft House | 949 481-7734 | On PCH | Dinner, Brunch, Beer, Wine |
| $ | Red Brat | 949 427-2238 | On PCH | Lunch, Dinner, Microbrew |
| $$$ | Hennessey's Tavern | 949 488-0121 | On PCH | Breakfast, Lunch, Dinner, Drinks, Live Music |
| $$ | Carlos Mexican | 949 496-4470 | On PCH | Lunch, Dinner, Patio |
| $$ | Gen Kai Sushi | 949 240-2004 | On PCH | Lunch, Dinner, Sushi and Japanese |
| $$ | Luciano's Italian | 949 661-6500 | On Del Prado | Romantic Italian, Dinner |
| $$ | Luxe Bar | 949 276-4990 | On Del Prado | Lunch, Dinner, Sports, Music |
| $$ | Stillwater Bar | 949 661-6003 | On Del Prado | Dinner, Brunch, Patio, Music |
| $ | Schwacks Beach Grill | 949 218-2731 | On Del Prado | Cafe, Family, Bar, Patio |
| $$$ | Jack's Restaurant | 949 489-1903 | On Del Prado | Dinner, Brunch, Happy Hour. |

## Breakfast & Lunch

| | | | | |
|---|---|---|---|---|
| $$ | The Brig | 949 496-9046 | In Harbor | Breakfast, Lunch, and Dinner |
| $ | Coffee Importers | 949 483-7773 | In Harbor | Coffee, Breakfast and lunch, Ice cream, Patio, View |
| $$ | What-A-Dish Cafe | 949 276-4884 | Across the street | Breakfast, Lunch, Happy Hour, Catering, Bakery, Music |
| $ | RJ's -Till 3PM | 949 218-5757 | Across the street | Breakfast, Lunch, &Patio |
| $$ | Organic Tree Juice Bar-Till 3PM | 949 276-7202 | Across the street | Organic Cold Press Juicing |
| $$ | Bonjour Cafe -Till 3PM | 949 496-6368 | On Del Prado | Euro Breakfast, Lunch |
| $ | Proud Marys-Till 2PM | 949 493-5853 | In Harbor | Breakfast, Lunch, Cocktails |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

JUSTICE CENTER

☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
☑ Harbor - Newport Beach - 4601 Jamboree Rd., Newport Beach, CA 92660
☐ North - 1275 N. Berkeley Ave, Fullerton, CA 92838
☐ West - 8141 13th Street, Westminster, CA 92683

| | FOR COURT USE ONLY |
|---|---|

People of the State of California

vs.

Defendant: Messer, Jacob

| **AGREEMENT FOR RELEASE ON OWN RECOGNIZANCE** (Penal Code 1318 and 1320) | **Case Number:** 22CM10070  23CM |
|---|---|

I, the undersigned, in consideration for being released upon my own recognizance by the Court in the above-entitled matter, promise that **I will appear at 8:30 AM, on** 3/1/23 **in Department** H7 of the above-checked Court, and at all times and places as ordered by the Court or magistrate, and as ordered by any Court or magistrate before whom the charge is subsequently pending.

I agree that if I fail to appear and am apprehended outside the State of California, I will waive all extradition proceedings.

I further promise not to travel outside the State of California without permission of the Court.

I further promise to obey all reasonable conditions imposed by the Court or magistrate, which may include:

☑ Violate no law    ☐ Do not operate a motor vehicle    ☑ Maintain up to date contact information with Defense Counsel; make all court appearances as ordered by the court

I understand that the Court may revoke the above order of release and either return me to custody or require that I post bail or provide other assurance of my appearance.

I acknowledge that I have been informed of the consequences and penalties applicable to a violation of the conditions of my release. If the case for which I am being released is a misdemeanor, I may be charged with an additional misdemeanor violation pursuant to Penal Code 1320(a). Such a violation could result in my being fined up to $1,000 or being confined in the county jail for up to six months, or both a fine and imprisonment. If the case for which I am being released is a felony, I may be charged with an additional felony violation pursuant to Penal Code 1320(b). Such a violation could result in my being fined up to $5,000 or my imprisonment in the county jail for up to one year, or both fine and imprisonment.

I have read and understand the above agreement.

1/31/23

Date

☐ Post bail/pay fine/fee $
☐ For arraignment/plea/proof
☐ For Pre-Trial/Court/Jury Trial
☐ For Preliminary Hearing
☐ Completion of Program
☐ For sentence/probation
☐ For disposition/re-setting

Defendant's Signature

Defendant's Street Address and City

657 35  9210

Defendant's Telephone Number

DEP. C ROBERTS #16306

Witness to Defendant's Signature

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

12/07/2022
02:25 PM

DAVID H. YAMASAKI, Clerk of the Court

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

## NOTICE OF STORED VEHICLE (22852 CVC)

NOTE: CHP 180 IS FURNISHED TO ALL PEACE
OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | | LOCATION CODE | DATE | TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | | FILE NO. |
|---|---|---|---|---|---|---|---|

| LOCATION TOWED / STOLEN FROM | | ODOMETER READING | VIN CLEAR IN SVS? ☐ YES ☐ NO | | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|---|---|
| | | | LIC. CLEAR IN SVS? ☐ YES ☐ NO | | | |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | | LICENSE NO. | ONE ☐ | MONTH | YEAR | STATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | TWO ☐ | | | |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY ☐ OFFICER ☐ OWNER |
|---|---|---|
| | | 0-500 ☐ 501-4000 ☐ 4001+ ☐ $ |

| REGISTERED OWNER | ☐ SAME AS R/O | LEGAL OWNER |
|---|---|---|

| ☐ STORED | ☐ IMPOUNDED | ☐ RELEASED | ☐ RECOVERED - VEHICLE / COMPONENT |
|---|---|---|---|

TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE)                    STORAGE AUTHORITY / REASON

| REASON FOR STOP | AIRBAG? | DRIVEABLE? | VIN SWITCHED? |
|---|---|---|---|
| | ☐ YES ☐ NO | ☐ 1 ☐ 2 ☐ YES ☐ NO ☐ JUNK ☐ UNK | ☐ YES ☐ NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | | SEAT (FRONT) | | | REGISTRATION | | | CAMPER | | | LEFT FRONT | |
| BURNED HULK per 431(c) CVC | | | SEAT (REAR) | | | ALT / GENERATOR | | | VESSEL AS LOAD | | | RIGHT FRONT | |
| VANDALIZED | | | RADIO | | | BATTERY | | | FIREARMS | | | LEFT REAR | |
| ENG / TRANS STRIP | | | TAPE DECK | | | DIFFERENTIAL | | | OTHER | | | RIGHT REAR | |
| MISC PARTS STRIP | | | TAPES | | | TRANSMISSION | | | | | | SPARE | |
| BODY METAL STRIP | | | OTHER RADIO | | | AUTOMATIC | | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | | IGNITION KEY | | | MANUAL | | | | | | SPECIAL WHEELS | |

| RELEASE VEHICLE TO | ☐ R/O OR AGENT | ☐ AGENCY HOLD | ☐ 22850.3 CVC | GARAGE PRINCIPAL / AGENT STORING VEHICLE / SIGNATURE | DATE, TIME |
|---|---|---|---|---|---|

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE | CERTIFICATION. I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE |
|---|---|---|---|
| SIGNATURE OF PERSON AUTHORIZING RELEASE | | | SIGNATURE OF PERSON TAKING POSSESSION |

SEE REVERSE... ...ORMATION

1  SUPERIOR COURT OF CALIFORNIA                    **ELECTRONICALLY FILED**
2  COUNTY OF ORANGE, CENTRAL JUSTICE CENTER        SUPERIOR COURT OF CALIFORNIA
                                                   COUNTY OF ORANGE
3
                                                   12/07/2022
4                                                  02:25 PM
                                                   DAVID H. YAMASAKI, Clerk of the Court
5                                                  **22CM10070**

6  THE PEOPLE OF THE STATE OF CALIFORNIA, )   COMPLAINT
7                                         )   BWC AGENCY
                               Plaintiff, )
8                                         )
9                                         )
10                  vs.                   )   No.
                                          )   TPD 22-9014
11 JACOB THOMAS MESSER        07/05/75 )
     E3866595                             )
12   AKA JACOB T MESSER                   )
13     JACOB MESSER                       )
                                          )
14 _____Defendant(s)_)

15 The Orange County District Attorney charges that in Orange
16 County, California, the law was violated as follows:

17
   COUNT 1:  On or about November 21, 2022, in violation of Section
18 4462.5 of the Vehicle Code (PRESENTATION OF FALSE REGISTRATION
   OR IDENTIFICATION DOCUMENTS TO AVOID REGISTRATION REQUIREMENTS),
19 a MISDEMEANOR, JACOB THOMAS MESSER did unlawfully display upon a
20 vehicle, and present to a peace officer, a license plate not
   issued for that vehicle and not otherwise lawfully used thereon
21 under the Vehicle Code, with the intent to avoid compliance with
22 vehicle registration requirements.

23 COUNT 2: On or about November 21, 2022, in violation of Section
24 12500(a) of the Vehicle Code (DRIVE MOTOR VEHICLE WITHOUT A
   VALID LICENSE), a MISDEMEANOR, JACOB THOMAS MESSER did
25 unlawfully  drive a motor vehicle upon a highway without then
26 holding a valid driver's license issued under the Vehicle Code.

27
28 COMPLAINT SUPERSEDES CITATION NUMBER(s) TE046344.

          /

                      *MISDEMEANOR CITATION E-FILED (DA CASE# 22C07728) 01-20-2023*
                                *OC DNA PROVIDED: JACOB MESSER(08/23/18)*

JACOB THOMAS MESSER TPD 22-9014 PAGE 2

1
2  I declare under penalty of perjury, on information and belief,
   that the foregoing is true and correct.
3
4  Dated 12-07-2022 at Orange County, California.
        KR/CM 22C07728
5
6  TODD SPITZER, DISTRICT ATTORNEY
7
8  by:  /s/ KAITLIN RADVANSKY
   KAITLIN RADVANSKY, Deputy District Attorney
9
   RESTITUTION CLAIMED
10
11 [ X ] None
   [   ] $_____
12 [   ] To be determined
13
   NOTICES:
14
15 The People request that defendant and counsel disclose, within
   15 days, all of the materials and information described in Penal
16 Code section 1054.3, and continue to provide any later-acquired
   materials and information subject to disclosure, and without
17 further request or order.
18
19 Pursuant to Welfare & Institutions Code §827 and California Rule
   of Court 5.552, notice is hereby given that the People will seek
20 a court order to disseminate the juvenile case file of the
   defendant/minor, if any exists, to all parties in this action,
21 through their respective attorneys of record, in the prosecution
22 of this case.
23
24
25
26
27
28

1  SUPERIOR COURT OF CALIFORNIA                    **ELECTRONICALLY FILED**
2  COUNTY OF ORANGE, CENTRAL JUSTICE CENTER        SUPERIOR COURT OF CALIFORNIA
                                                   COUNTY OF ORANGE
3
                                                   01/10/2023
4                                                  11:20 AM

5                                                  DAVID H. YAMASAKI, Clerk of the Court
                                                   **23CM00502**
6  ─────────────────────────────────────────────
   THE PEOPLE OF THE STATE OF CALIFORNIA, )        COMPLAINT
7                                         )        BWC AGENCY
                              Plaintiff,  )
8                                         )
9                                         )
                                          )
10                   vs.                  )        No.
                                          )        TPD 22-9038
11 JACOB THOMAS MESSER          07/05/75   )
     E3866595                             )
12   AKA JACOB T MESSER                   )
        JACOB MESSER                      )
13                                        )
                                          )
14 ─────────────────────────── Defendant(s))

15
   The Orange County District Attorney charges that in Orange
16 County, California, the law was violated as follows:

17
   COUNT 1: On or about November 22, 2022, in violation of Section
18 148(a)(1) of the Penal Code (RESIST AND OBSTRUCT OFFICER),
   MISDEMEANOR, JACOB THOMAS MESSER did willfully and unlawfully
19 resist, delay, and obstruct Officer C. Bowen, who was a peace
   officer discharging and attempting to discharge the duty of his/
20 her office and employment.
21
22 I declare under penalty of perjury, on information and belief,
   that the foregoing is true and correct.
23
24 Dated 01-10-2023 at Orange County, California.
         MS/KA 23C00001
25
26
   TODD SPITZER, DISTRICT ATTORNEY
27
28 by:  /s/ MARK SEVIGNY
   MARK SEVIGNY, Deputy District Attorney

                          MISDEMEANOR COMPLAINT E-FILED (DA CASE# 23C00001) 03-08-2023
                          OC DNA PROVIDED: JACOB MESSER(08/22/18)

JACOB THOMAS MESSER TPD 22-9038 PAGE 2

1

RESTITUTION CLAIMED
2

3   [ X ] None
    [   ] $ _____
4   [   ] To be determined

5

NOTICES:
6

7   The People request that defendant and counsel disclose, within
    15 days, all of the materials and information described in Penal
8   Code section 1054.3, and continue to provide any later-acquired
9   materials and information subject to disclosure, and without
    further request or order.
10

11  Pursuant to Welfare & Institutions Code §827 and California Rule
    of Court 5.552, notice is hereby given that the People will seek
12  a court order to disseminate the juvenile case file of the
13  defendant/minor, if any exists, to all parties in this action,
    through their respective attorneys of record, in the prosecution
14  of this case.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21S1557G42635
11/28/2021

## HOW WE FIGURED YOUR PAYMENT FOR January 2022 ON

### Your Payment Amount

| | |
|---|---|
| The most Federal SSI money the law allows us to pay | $   841.00 |
| We didn't subtract (-) any income from Federal SSI money | -     0.00 |
| Federal SSI money | $   841.00 |
| Plus (+) the most State SSI money the law allows us to pay | +   199.21 |
| We didn't subtract (-) any income from State SSI money | -     0.00 |

**Total Monthly SSI Payment**
**for January 2022 on**            $1,040.21





**PACIFIC AUTO COMPANY**

Web: www.pacauto.com | Accounting: (626) 350-3962 | Customer Service: (626) 350-8000
Wholesale Distributor of Aftermarket Auto Body Parts, Lamps, Mirrors, and Cooling Products

Page 2

# DELIVERY CONFIRMATION

**County/San Gabriel Valley**
5505 E. Rush St.,
South El Monte, CA 91733
Toll Free 1-800-

**San Bernardino County**
1131 E. Philadelphia St.
Ontario, CA 91761
Toll Free 1-800-

**Orange County**
1936 W. Business Ctr Dr.
Orange, CA 92867
Toll Free 1-800-698-1181

**San Fernando Valley**
7945 Lankershim Blvd.
North Hollywood, CA 91605
Toll Free 1-800-666-0899

**South Bay**
7901 Somerset Blvd. Unit A
Paramount, CA 90723
Toll Free 1-888-848-

**Bill To:**

NEED NAME, PHONE #, AND INDIVIDUAL
NEED CUSTOMER'S PHONE #
PARAMOUNT CA 90723

NEED NAME, PHONE #, AND INDIVIDUAL
NEED CUSTOMER'S PHONE #
PARAMOUNT CA 90723

Marketing Email:

| | |
|---|---|
| Delivery #: | 30-9307 |
| Date of Delivery: | 6/6/23 |
| Print Time: | 4:29 pm |
| Customer #: | 508881 |
| SO #: | 2811795 |
| RO/PO #: | DIDI |
| Order Entry By/Shipped By | Marisol / 58 |
| Shipping Type: | WILL-CALL PICKUP |
| Route: | ROUTE P5-AM |
| Terms: | CASH/CC |
| Delivery Date: | 6/6/23 |

*** Register online today to receive quotes and order parts directly from our customer portal pacauto.com/register ***

| Item# | Description | Qty | Bin | Ord | Ship | List Price | Net Price | Disc. | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|
| 60501 | 16-18 HON CRV MAIN UPPER EMBLEM GRILLE | XCL | P5-H6B | 1 | 1 | 80.01 | 55.95 | 0.00 | 55.95 |

Remarks: 20% RESTOCKING FEE-NO VIN
DIDI TOYLER
310-924-0677
2016 CRV
GR
WC AT P5 Based On Sales Quotations 8020789.
Based On Sales Orders 2811795.

SubTotal 55.95
S&H Fee:
Tax %:
**Total** 61.65

Inspected & Received By:

By signing above, you agree to all of the terms and conditions set forth below.
Please Check for Damages. No Returns/Damages.

**Terms & Conditions**

Free delivery on all orders over $50.00 before sales tax to customers within PAC delivery area. Delivery fee of $8.00 applies to all orders less than $50.00 before sales tax. Delivery fees are waived on multiple sales orders total more than $50.00 per delivery run. Delivery charges are non-returnable and non-refundable. Deliveries can only be made to non-residential business addresses. Signing invoice affirms customer has verified part(s) are in good condition when received from PAC. After customer signs invoice, PAC is released from responsibility for any damaged/missing which are not returnable.

...which have been sanded, painted, altered, or returned without original packaging and PAC label(s) are not returnable.
...minimum order of $200 before tax is required to deliver beyond the delivery radius of 60 miles of the closest PAC location. A $15 delivery fee will apply if minimum order amount is not met. The Company reserves the right to charge an additional handling/redelivery charge of $10.00 if the customer is not present upon driver delivery and requests for a redelivery refunds.

part(s) are subject to a 20% restocking fee. No returns are acceptable after 15 days from date of invoice. Return requests must be made within 2 weeks from invoice date with original copy returned parts are issued store credit. A 3% handling charge will be applied for refund check requests or refund to credit card if refund is approved.
Merchandise Authorization (RMA) is required for any item to be returned to PAC. If an RMA is dispatched for return pick-up and parts are not available upon pick-up, the part(s) will be to be returned at will-call for the return request to be processed. Additional return pick-up requests will not be authorized.
...orders are final sales and not returnable.
...are discounted upon delivery due to defect or damage are non-returnable and non-refundable.

...part(s) have been removed or tampered with, use or your property for commercial use and shall not be returnable. Before filing for a claim or claims will be denied.
...will be charged for bad check. A 1.5% monthly charge will be made on past due balances.
...are sold as replacement part(s).
...will PAC be responsible for direct, indirect, incidental, consequential, punitive or special loss or damage of any kind, including but not limited to labor, paint, property damage, and personal injury as result of the use of part(s). PAC's entire liability is limited to the purchase price of the claimed part(s).
...All shipments are subject to a financing statement (UCC1) to be filed with the secretary of the State of California to perfect a security interest in named collateral and to establish priority in ...of debtor default or bankruptcy.
...refer to pacauto.com/privacy for the company's privacy policy.
...refer to pacauto.com/returns for the company's return policy.

Established since 1991 | ISO 9001 Registered | F-833-001-1 Rev Date 4-26-22

# USA Service Dogs

*America's Trusted Service Dog Registry*

## Order #10189534 Receipt

**TO:**   Jacob Thomas Redmond
1 Hope Dr.
Tustin, CA 92782
Reg #19608768

**Order Date:**   June 9th, 2020

Thank you for your order from USAServiceDogs.org. Your business is appreciated.
Below is a summary of your order:
(1) Standard ID Kit

  - 1 ID card and holder
  - Registration Certificate
+ Electronic certificate ($7.99)

**Shipping Method:** First Class 4-7 Day ($0.00)

**Total charged: $57.98**

If you have any questions or concerns about your order, please don't
hesitate to write to us at orders@usaservicedogs.org and we will respond
to your email within one business day.

*Items marked with an asterisk may arrive separately

**Save 10% on your next order! Great for friends or family too!
USE COUPON CODE MYREORDER10 at checkout.**

Best,
Ray Curtis
USAServiceDogs.org





**SC Medical Clinic**
1300 Avenida Vista Hermosa, Suite 250
San Clemente, CA 92673
Phone: (949) 240-2272
Fax: (949) 240-5869

Camino Health Center 

# Laboratory Order

## Ordering Site

SC Medical Clinic
1300 Avenida Vista Hermosa, Suite 250
San Clemente, CA 92673
(949) 240-2272
Fax: (949) 240-5869

**LabCorp Account: 04025320-Lake Forest Clemente**    04403372-2 -San Juan Capistrano    04017190-San

**Quest Account:    92630272-Lake Forest Clemente**    76069463-   San Juan Capistrano    76083916-San

Report Date:  07/28/2022

## Patient Information

Jacob Messer
24800 Dana Point Harbor Dr 333
Dana Point, CA 92629
(949) 615-1645
Gender: Male        Date of Birth: 07/05/1975
(last 4 digits): 5449

## Patient Insurance Information

CalOptima Community Network (714) 246-8400
Group #NONE
Plan #93258345e

SSN   Man Care Differential (800) 330-1536
Group #NONE
Plan #NONE

## Current Panels/Tests Ordered

**CBC, PLATELETS & AUT DIFF (85025)** Order date: 07/28/2022
Diagnosis: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH ABNORMAL FINDINGS ( 40+)
(Z00.01)Ordered by: Ruth Herdy, FNP

**METABOLIC PANEL, COMPREHENSIVE (80053)** Order date: 07/28/2022
Diagnosis: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH ABNORMAL FINDINGS ( 40+)
(Z00.01)Ordered by: Ruth Herdy, FNP

**LIPID PANEL (80061)** Order date: 07/28/2022
Diagnosis: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH ABNORMAL FINDINGS ( 40+)
(Z00.01)Ordered by: Ruth Herdy, FNP

**HEMOGLOBIN GLYCLATED (HGB A1C) (83036)** Order date: 07/28/2022
Diagnosis: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH AB.    MAL FINDINGS ( 40+)
(Z00.01)Ordered by: Ruth Herdy, FNP

**Free T3** Order date: 07/28/2022
Diagnosis: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH ABNORMAL FINDINGS ( 40+)
(Z00.01)Ordered by: Ruth Herdy, FNP

**Free T4** Order date: 07/28/2022
Diagnosis: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH ABNORMAL FINDINGS ( 40+)
(Z00.01)Ordered by: Ruth Herdy, FNP

**TSH** Order date: 07/28/2022
Diagnosis: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH ABNORMAL FINDINGS ( 40+)
(Z00.01)Ordered by: Ruth Herdy, FNP

**VITAMIN D, 1, 25-DIHYDROXY (82652)** Order date: 07/28/2022
Diagnosis: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH ABNORMAL FINDINGS ( 40+)
(Z00.01)Ordered by: Ruth Herdy, FNP

ALBERTA (MRN 001098716)

| | 11/29/2020 1515 | 4/29/2022 1235 |
|---|---|---|
| WBC | | 8.9 |
| RBC | | 4.66 |
| HGB | | 14.3 |
| HCT | | 42.5 |
| MCV | | 91.0 |
| MCH | | 30.7 |
| MCHC | | 33.6 |
| RDW | | 12.6 |
| Platelet | | 223 |
| NRBC/100WBC | | 0.0 |
| MPV | | 9.1 |
| **COAGULATION** | | |
| PT | | |
| INR | | 13.4 |
| **GENERAL** | | 1.0 * |
| GLUCOSE | | |
| BUN | | 131 ^ |
| Creatinine | | 11 |
| GFR - NAA | | 0.72 |
| GFR - AA | | >60.00 * |
| UREA/CREA Ratio | | >60.00 * |
| NA | | 15 |
| K | | 142 |
| CL | | 3.8 |
| CO2 | | 107 |
| CA | | 30 |
| Protein Total | | 9.3 |
| Alb | | 6.9 |
| Globulin | | 3.9 |
| A/G Ratio | | 3.0 |
| Anion Gap | | 1.3 |
| Bilirubin, Total | | 5 |
| ALT (SGPT) | | 0.5 |
| AST (SGOT) | | 17 |
| | | 24 |

# Voucher
Housing Choice Voucher Program

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

OMB No. 2577-0169
(exp. 9/30/2017)

Public Reporting Burden for this collection of information is estimated to average 0.05 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This collection of information is authorized under Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f). The information is used to authorize a family to look for an eligible unit and specifies the size of the unit. The information also sets forth the family's obligations under the Housing Choice Voucher Program.

| | |
|---|---|
| Please read entire document before completing form. Fill in all blanks below. Type or print clearly. | Voucher Number **51381** |
| 1. Insert unit size in number of bedrooms. (This is the number of bedrooms for which the Family qualifies, and is used in determining the amount of assistance to be paid on behalf of the Family to the owner.) | 1. Unit Size **1** |
| 2. Date Voucher Issued (mm/dd/yyyy) Insert actual date the Voucher is issued to the Family. | 2. Issue Date (mm/dd/yyyy) **06/04/2022** |
| 3. Date Voucher Expires (mm/dd/yyyy) Insert date sixty days after date Voucher is issued. (See section 6 of this form.) | 3. Expiration Date (mm/dd/yyyy) **08/03/2022** |
| 4. Date Extension Expires (if applicable)(mm/dd/yyyy) (See Section 6. of this form) | 4. Date Extension Expires (mm/dd/yyyy) 2nd Ext. 12/17/2022   **11/05/2022** |
| 5. Name of Family Representative **Alberta Padilla** | 6. Signature of Family Representative   Date Signed (mm/dd/yyyy) 11-28-22 |

30 % = 409      40 % = 545

7. Name of Public Housing Agency (PHA)

**Orange County Housing Authority**

| 8. Name and Title of PHA Official **Trina Nguyen, Housing Supervisor** | 9. Signature of PHA Official **Trina Nguyen** Digitally signed by Trina Nguyen Date: 2022.10.06 15:15:43 -07'00' | Date Signed (mm/dd/yyyy) **10/06/2022** |

## 1. Housing Choice Voucher Program

A. The public housing agency (PHA) has determined that the above named family (item 5) is eligible to participate in the housing choice voucher program. Under this program, the family chooses a decent, safe and sanitary unit to live in. If the owner agrees to lease the unit to the family under the housing choice voucher program, and if the PHA approves the unit, the PHA will enter into a housing assistance payments (HAP) contract with the owner to make monthly payments to the owner to help the family pay the rent.

B. The PHA determines the amount of the monthly housing assistance payment to be paid to the owner. Generally, the monthly housing assistance payment by the PHA is the difference between the applicable payment standard and 30 percent of monthly adjusted family income. In determining the maximum initial housing assistance payment for the family, the PHA will use the payment standard in effect on the date the tenancy is approved by the PHA. The family may choose to rent a unit for more than the payment standard, but this choice does not change the amount of the PHA's assistance payment. The actual amount of the PHA's assistance payment will be determined using the gross rent for the unit selected by the family.

## 2. Voucher

A. When issuing this voucher the PHA expects that if the family finds an approvable unit, the PHA will have the money available to enter into a HAP contract with the owner. However, the PHA is under no obligation to the family, to any owner, or to any other person, to approve a tenancy. The PHA does not have any liability to any party by the issuance of this voucher.

B. The voucher does not give the family any right to participate in the PHA's housing choice voucher program. The family becomes a participant in the PHA's housing choice voucher program when the HAP contract between the PHA and the owner takes effect.

C. During the initial or any extended term of this voucher, the PHA may require the family to report progress in leasing a unit at such intervals and times as determined by the PHA.

## 3. PHA Approval or Disapproval of Unit or Lease

A. When the family finds a suitable unit where the owner is willing to participate in the program, the family must give the PHA the request for tenancy approval (on the form supplied by the PHA), signed by the owner and the family, and a copy of the lease, including the HUD-prescribed tenancy addendum. **Note: Both documents must be given to the PHA no later than the expiration date stated in item 3 or 4 on top of page one of this voucher.**

B. The family must submit these documents in the manner that is required by the PHA. PHA policy may prohibit the family from submitting more than one request for tenancy approval at a time.

C. The lease must include, word-for-word, all provisions of the tenancy addendum required by HUD and supplied by the PHA. This is done by adding the HUD tenancy addendum to the lease used by the owner. If there is a difference between any provisions of the HUD tenancy addendum and any provisions of the owner's lease, the provisions of the HUD tenancy addendum shall control.

# MemorialCare.

| Statement Date | 5/15/2022 | AMOUNT DUE UPON RECEIPT |
| Patient Name | Jacob Redmond | **$26,688.40** |
| Account No. | 60001808977 | |

| SERVICE DATE | BILL FOR MEMORIALCARE MEDICAL CENTERS | |
|---|---|---|
| 5/5/2022 | Insurance and Patient Amount Owed | $26,688.40 |
| **INVOICE NUMBER** | Insurance Payment(s) | $0.00 |
| 22596785 | Pending with Insurance | $0.00 |
| **MEMORIALCARE** | Subtotal | **$26,688.40** |
| Saddleback Medical Center | Previous Patient Payments | $0.00 |
| **SERVICE DESCRIPTION** | Your Balance On This Invoice | **$26,688.40** |
| Emergency Room Services | | |



# MemorialCare

Long Beach Medical Center
Miller Children's & Women's
  Hospital Long Beach
Community Medical Center Long Beach
Orange Coast Medical Center
Saddleback Medical Center

PO BOX 29239
PHOENIX, AZ 85038-0239

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose

06/19/23

# Quick Reference Guide
## Emergency: 9-1-1

| | |
|---|---|
| 2 – 1 – 1 Orange County | (888) 600 – 4357 |
| 2 – 1 – 1 Los Angeles County | (800) 339 – 6993 |
| Adult Protective Services (Elder Abuse) | (800) 451 – 5155 |
| Alcohol & Drug Helpline | (800) 821 – 4357 |
| Alcohol & Drug Treatment Referrals | (800) 454 – 8966 |
| American Red Cross | (800) RED-CROSS [800-733 – 2767] |
| Orange County Animal Care Center (Animal Shelter) | (714) 935 – 6848 |
| Centralized Assessment Team (CAT) | (866) 830 – 6011 |
| Child Abuse Registry | (714) 940 – 1000 |
| Child Protective Services | (800) 207 – 4464 |
| Childhelp National Abuse Hotline | (800) 4-A-CHILD [800-422-4453] |
| CityNet | (714) 451 – 6198 |
| City of Santa Ana City Hall | (714) 647 – 5400 |
| Covenant House Nineline (Youth & Parents Crisis Hotline) | (800) 999 – 9999 |
| CSP Crisis Hotline (Rape or Sexual Assault) | (714) 957 – 2737 |
| Department of Motor Vehicles | (949) 831 – 9110 |
| Homeless Referrals: Info Link | (800) 921 – 1117 |
| Orange County Mental Health | (888) 305 – 7233 |
| Medi-Cal (Phone support) | (714) 638 – 8277 |
| Missing & Exploited Children | (800) 541 – 5555 |
| | (800) THE-LOST [800-843-5678] |
| OC NAMI Warm Line | (877) 910 – WARM [877-910-9276] |
| | (714) 991 – 6412 |
| National Domestic Violence Hotline | (800) 799 – SAFE [7233] |
| National Suicide Prevention Lifeline | (800) 273 – TALK [8255] |
| | (800) 784 – 3000 |
| 24-Hour Suicide Prevention Line | (888) 628 – 9454 *Español |
| National Postpartum Depression Hotline | (877) 7 CRISIS [877-727-4747] |
| Salvation Army OC (Assist w/ Resources) | (800) PPD – MOMS [800-773-6667] |
| Sexual Assault Victim Services / Rape Crisis Hotline | (714) 832 – 7100 |
| Social Security Card Information | (714) 957 – 2737 |
| | (800) 772 – 1213 |
| | TTY: (800) 325 – 0778 |
| Stop Smoking Hotline | 1-800-NO BUTTS [662-8887] |
| Orange County Social Services Department | (714) 541 – 7700 |
| Suicide Prevention Center | (800) SUICIDE [800-784 – 2433] |
| Teen Crisis Hotline | (949) 494 – 4311 |
| OC Transportation Authority | (714) 560 – OCTA [714-560-6282] |
| Victim of Crime Hotline | (949) 250 – 4058 |
| Women, Infants, and Children (WIC) | (888) WIC – WORKS [888-942-9075] |
| California Youth Crisis Line (24-hr) | (800) 843 – 5200 |

Updated April 2022

Inclusion in this list does not necessarily represent endorsement by KPC Health Orange County Global Medical Center. Please call to verify the information is correct.
No son una recomendación ni tampoco un patrocinio de este hospital. Por favor llame para verificar si la información es correcta.



**Walmart**
**AUTO CARE CENTER**

WALMART# 02206
27470 ALICIA PKWY
LAGUNA NIGUEL, CA 92677 US

LIC# ARD 260816

Service Order:

485700 **23463**

| | | | | |
|---|---|---|---|---|
| 05-16-2021 | PADILLA, ALBERTA | | | COLOR |
| (949)229-9290 | C, Y, CA 92677 | | | White (Pearl) |
| YEAR | MAKE | | MODEL | |
| 2008 | CHEVROLET | | SILVERADO 1500 | |
| LICENSE | ODOMETER | CUSTOMER ARRIVAL TIME | SERVICE COMPLETED TIME | |
| 8U52019 | 266607 | 2021-05-16 05:13 PM | 2021-05-16 05:58 PM | |

| Service Description | Labor |
|---|---|
| | 23 43 |

HIGHMILEAGE FEATURED        @ 35.88
- Oil - COMPLETE, **4.5 QT**                    - Oil Filter - REPLACED
- Grease Fittings - COMPLETE, **0 Ftngs**
- Pre-Service Oil Check - CHECKED, **Half Quart Low**
- Oil Pressure - CHECKED                      - Oil Additive - NOT APPLICABLE
- Transmission Fluid - NOT APPLICABLE    - Differential Fluid - NOT APPLICABLE
- Power Steering Fluid - NOT APPLICABLE   - Battery Check - TESTED GOOD
- Transfer Case Fluid - NOT APPLICABLE    - Vacuum Carpet - NOT APPLICABLE
- Wash Windshield - CHECKED              - Tire Pressure - Drv Front - CHECKED, **35**
- Tire Pressure - Drv Rear - CHECKED, **35**   - Tire Pressure - Pass Front - CHECKED, **35**
- Tire Pressure - Pass Rear - CHECKED, **35**   - Washer Fluid - FILLED
- Air Filter Check - CHECKED              - Wiper Check - Wiper Drv - CHECKED
- Wiper Check - Wiper Pass - CHECKED       - Wiper Check - Wiper Rear - CHECKED
- Headlight Check - Drv High Beam - CHECKED   - Headlight Check - Drv Low Beam - CHECKED
- Headlight Check - Pass High Beam - CHECKED   - Headlight Check - Pass Low Beam - CHECKED
- Minibulb Check - 3rd Brake Lite - CHECKED   - Minibulb Check - Back Sig Drv - CHECKED
- Minibulb Check - Back Sig Pass - CHECKED   - Minibulb Check - Front Sig Drv - CHECKED
- Minibulb Check - Front Sig Pass - CHECKED   - Minibulb Check - Rear Brake Drv - CHECKED
- Minibulb Check - Rear Brake Pass - CHECKED   - Minibulb Check - Rear Park Drv - CHECKED
- Minibulb Check - Rear Park Pass - CHECKED

| | | Labor Subtotal | 23.43 |
|---|---|---|---|

| Merchandise Description | Quantity | Unit Price | Merchandise |
|---|---|---|---|
| PENN HM EB 5W30 SN  NEW | 4.5 Qt | 2 27 | 10.22 |
| FRAM COR3387AACC  NEW | 1 | 2 23 | 2.23 |

| | Merchandise Subtotal | 12.45 |
|---|---|---|
| Total (Excluding Tax & Govt. Fees) | | 35.88 |

**Customer Comments**

**Technician Comments**
EVAC
**ENGINE LIGHT ON UPON ARRIVAL**
**MAJOR OIL LEAK UPON ARRIVAL**

## DISCLAIMER

I authorize the stated service to be completed with the necessary materials.
I give permission to operate the vehicle
I UNDERSTAND
1. Walmart is not responsible for loss/damage to the vehicle or items left in it
2. Walmart does not inspect tires to determine if they are safe. Only the service on the service order is performed. Tires are not inspected for conditions that may affect safety (tread depth, cuts, punctures, cracking, bulges, and uneven tread wear)
3. Customers should ensure their tires are properly inflated, have tread depth greater than 2/32" in all grooves, and have no cuts, punctures, cracking, bulges, or uneven tread wear
An express mechanic's lien is hereby acknowledged on the above vehicle to secure the amount of services performed
Driving conditions will affect the safety and performance of my tires

I do agree and fully understand that my motor vehicle had a low oil level when I brought it to Wal-Mart for an oil change. This was pointed out to me, that I willingly requested Wal-Mart to change the oil. I will not hold Wal-Mart responsible for any damage to my motor vehicle by the low oil level

SIGNED

DATE

COMMON TECHNICIAN  RASHAD 7414
COURTESY TECHNICIAN  RASHAD 7414
LOWER BAY TECHNICIAN  RASHAD 7414
SERV WRTR/GREETER  MARLON 851
UPPER BAY TECHNICIAN  RASHAD 7414

05-16-2021

CUSTOMER SIGNATURE                    DATE

OUR LUG NUTS RETORQUED AFTER THE FIRST 50 MILES.